# EXHIBIT A

## CERTIFICATION

I, Marc Kushner, pursuant to 28 U.S.C. § 1746, hereby certify and state as follows:

1. I am the Trustee of the Service Lamp Corporation Profit Sharing Plan (the "Plan") and am authorized to act on its behalf.

2. I have reviewed a complaint alleging violations of the United States federal securities laws against Carnival Corporation ("Carnival" or the "Company") and its senior executive officers, and the Plan adopts the allegations therein.

3. The Plan did not purchase Carnival securities at the direction of its counsel, or to participate in any private action under the United States federal securities laws.

4. The Plan is willing to serve as a lead plaintiff and representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

5. The Plan's transactions in Carnival securities that are the subject of this action are set forth in the chart attached hereto as Exhibit A.

6. The Plan has not served as a lead plaintiff for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

7. During the three years prior to the date of this Certification, the Plan has not sought to serve as a lead plaintiff on behalf of a class in any action brought under the federal securities laws.

8. The Plan will not accept any payment for serving as a representative party on behalf of a class beyond its pro rata share of any recovery, except such reasonable costs and expenses relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **20** day of May, 2020.

*Marc Kushner*
Mark Kushner, Trustee for the
Service Lamp Corporation Profit Sharing Plan

Exhibit A

| DATE | TRANSACTION | QUANTITY | PRICE |
|---|---|---|---|
| March 9, 2020 | P | 50 | $23.986 |
| March 10, 2020 | P | 101 | $23.126 |
| March 11, 2020 | P | 70 | $21.806 |
| March 12, 2020 | P | 84 | $17.825 |
| March 13, 2020 | P | 46 | $17.300 |
| March 18, 2020 | P | 269 | $ 8.868 |
| April 2, 2020 | P | 111 | $ 8.221 |