AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| SERVICE LAMP CORPORATION PROFIT SHARING PLAN, Individually and On Behalf of All Others Similarly Situated, <br><br>_____ <br>*Plaintiff(s)* <br>v. <br>CARNIVAL CORPORATION, ARNOLD W. DONALD, and DAVID BERNSTEIN, <br><br>_____ <br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>`<br>)<br>)<br>) |

Civil Action No.

1:20-cv-22202-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CARNIVAL CORPORATION
3655 NW 87th Avenue
Miami, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jayne A. Goldstein
Shepherd Finkelman Miller & Shah, LLP
1625 N. Commerce Parkway, S. 320
Ft. Lauderdale, Florida 33326
T: 954-515-0123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   May 27, 2020
_____



Angela E. Noble
Clerk of Court

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| SERVICE LAMP CORPORATION PROFIT SHARING PLAN, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CARNIVAL CORPORATION, ARNOLD W. DONALD, and DAVID BERNSTEIN, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ` ) ) ) |

Civil Action No.

1:20-cv-22202-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ARNOLD W. DONALD
c/o Carnival Corporation
3655 NW 87th Avenue
Miami, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jayne A. Goldstein
Shepherd Finkelman Miller & Shah, LLP
1625 N. Commerce Parkway, S. 320
Ft. Lauderdale, Florida 33326
T: 954-515-0123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  May 27, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| SERVICE LAMP CORPORATION PROFIT SHARING PLAN, Individually and On Behalf of All Others Similarly Situated, <br><br>*Plaintiff(s)*<br><br>v.<br><br>CARNIVAL CORPORATION, ARNOLD W. DONALD, and DAVID BERNSTEIN,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>`<br>)<br>)<br>)  Civil Action No.<br><br>1:20-cv-22202-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DAVID BERNSTEIN
c/o Carnival Corporation
3655 NW 87th Avenue
Miami, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jayne A. Goldstein
Shepherd Finkelman Miller & Shah, LLP
1625 N. Commerce Parkway, S. 320
Ft. Lauderdale, Florida 33326
T: 954-515-0123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   May 27, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts