**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: CARNIVAL CORP. SECURITIES LITIGATION | **Case No. 1:20-cv-22202-KMM** |
| ABRAHAM ATACHBARIAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br>    vs. <br><br> CARNIVAL CORPORATION, CARNIVAL PLC, ARNOLD W. DONALD, DAVID BERNSTEIN, and MICKY ARISON, <br><br> Defendants. | **Case No. 1:20-cv-23011-RNS** |

**DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOVANT JOSEPH FUSCALDO'S MOTION TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE SELECTION OF COUNSEL**

I, Laurence M. Rosen, hereby declare under penalty of perjury:

1.      I am an attorney duly licensed to practice in the State of Florida and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., proposed Lead Counsel for Lead Plaintiff Movant Joseph Fuscaldo ("Movant"). I make this Declaration in support of the motion by Movant for consolidation of the related actions, appointment as Lead Plaintiff, and for approval of selection of The Rosen Law Firm, P.A. as Lead Counsel. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Movant's PSLRA Certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing Movant's financial interest.

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: July 27, 2020.

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence Rosen*
Laurence Rosen, Fla. Bar No. 0182877
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for*
*Plaintiff and the Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/Laurence Rosen*

3