# Exhibit 1

Case 1:20-cv-22202-KMM  Document 18-4  Entered on FLSD Docket 07/27/2020  Page 2 of 4

# Pomerantz Law Firm Announces the Filing of a Class Action against Carnival Corporation and Certain Officers – CCL



f  🐦  in  G+  📌  |  @ Email  |  🖨 Print Friendly  |  ⤳ Share

**May 27, 2020 17:21 ET | Source:** Pomerantz LLP

NEW YORK, May 27, 2020 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Carnival Corporation ("Carnival" or the "Company") (NYSE: CCL) and certain of its officers. The class action, filed in United States District Court for the Southern District of Florida, and docketed under 20-cv-22202, is on behalf of a class consisting of investors who purchased or otherwise, acquired Carnival common stock and securities between January 28, 2020, and May 1, 2020, inclusive (the "Class Period"), seeking to pursue remedies against Carnival and certain of its officers under the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased Carnival securities during the class period, you have until July 27, 2020, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at **www.pomerantzlaw.com**. To discuss this action, contact Robert S. Willoughby at **rswilloughby@pomlaw.com** or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Carnival Corporation & Plc operates as a leisure travel company. The company's ships visit approximately 700 ports under the Carnival Cruise Line, Princess Cruises, Holland America Line, Seabourn, P&O Cruises (Australia), Costa Cruises, AIDA Cruises, P&O Cruises (UK), and Cunard brand names. It also provides vacations to various cruise destinations, as well as owns and operates hotels, lodges, glass-domed railcars, and motor coaches. The company sells its cruises primarily through travel agents and tour operators.

The Complaint alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, and/or failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics reported increasing events of COVID-19 illness on the Company's ships; (2) Carnival had violated port of

7/27/2020 Pomerantz Law Firm Announces the Filing of a Class Action against Carnival Corporation and Certain Officers - CC...

Case 1:20-cv-22202-KMM Document 18-4 Entered on FLSD Docket 07/27/2020 Page 3 of 4

call regulations by concealing the amount and severity of COVID-19 infections onboard its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

On April 16, 2020, when the Company still had at sea two (2) of its cruise ships, *Bloomberg Businessweek* published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, the Company's share price fell $0.53 per share from a prior close of $12.38 per share to close at $11.85 per share on April 16, 2020.

Then, on May 1, 2020, *The Wall Street Journal* published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, the Company's share price fell $1.97 per share from a prior close of $15.90 per share to close at $13.93 per share on May 1, 2020.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See **www.pomerantzlaw.com**.

CONTACT:
Robert S. Willoughby
Pomerantz LLP
**rswilloughby@pomlaw.com**

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2020 GlobeNewswire, Inc. All Rights Reserved.