# Exhibit 3

**Carnival Corporation & Plc Loss Chart**
**Class Period: September 26, 2019 through April 30, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|----------------|
| | | | | | | | | | | | | $13.57 |
| Fuscaldo, Joseph | 2/18/2020 | 5,000 | ($40.48) | ($202,400.00) | | | | | 5,000 | $67,850.00 | ($134,550.00) | |