UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SERVICE LAMP CORPORATION PROFIT SHARING PLAN, individually, and on behalf of all other persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION, ARNOLD W. DONALD, AND DAVID BERNSTEIN,<br><br>Defendants. | Case No.  1:20-cv-22202-KMM<br><br>**NOTICE OF MOTION OF STEPHEN HARRIS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| ABRAHAM ATACHBARIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION, CARNIVAL PLC, ARNOLD W. DONALD, DAVID BERNSTEIN, and MICKY ARISON,<br><br>Defendants. | Case No.  1:20-cv-23011-RNS |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Stephen Harris ("Movant"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), and Rule 42 of the Federal Rules of Civil Procedure, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Movant as Lead Plaintiff on behalf of a class consisting of all persons and entities who purchased or otherwise acquired Carnival Corporation and/or Carnival plc (together, "Carnival" or the "Company") securities, including, without limitation, Carnival's common stock (NYSE: CCL), Carnival's American Depository Shares (NYSE: CUK), and/or all persons and entities who sold put option contracts or purchased call options for the shares of Carnival common stock, between September 26, 2019, and May 1, 2020, inclusive (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP and Barrack, Rodos & Bacine as Co-Lead Counsel, and Shepherd, Finkelman, Miller & Shah, LLP as Liaison Counsel, for the Class.

Dated: July 27, 2020

**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**

By: */s/ Jayne A. Goldstein*
    Jayne A. Goldstein
    1625 N. Commerce Pkwy, Suite 320
    Fort Lauderdale, FL 33326
    (866) 849-7545
    Fax: (866) 300-7367
    jgoldstein@sfmslaw.com

*Counsel for Movant and Proposed Liaison Counsel for the Class*

**BARRACK, RODOS & BACINE**
Daniel E. Bacine
(*pro hac vice* application forthcoming)
Jeffrey A. Barrack
(*pro hac vice* application forthcoming)
3300 Two Commerce Square
2001 Market Street

Philadelphia, PA 19103
(215) 963-0600
Fax: (215) 963-0838
dbacine@barrack.com
jbarrack@barrack.com

**POMERANTZ LLP**
James M. LoPiano
(*pro hac vice* application forthcoming)
600 Third Avenue
New York, NY 10016
(212) 661-1100
Fax: (917) 463-1044
jlopiano@pomlaw.com

*Counsel for Movant and Proposed Co-Lead
Counsel for the Class*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Movant*

2