**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SERVICE LAMP CORPORATION PROFIT SHARING PLAN, individually, and on behalf of all other persons and entities similarly situated, | Case No. 1:20-cv-22202-KMM |
| | Judge K. Michael Moore |
| Plaintiff, | |
| | <u>CLASS ACTION</u> |
| v. | |
| CARNIVAL CORPORATION, ARNOLD W. DONALD, AND DAVID BERNSTEIN, | |
| Defendants. | |
| ABRAHAM ATACHBARIAN, individually and on behalf of all others similarly situated, | Case No. 1:20-cv-23011-RNS |
| | Judge Robert N. Scola, Jr. |
| Plaintiff, | |
| v. | |
| CARNIVAL CORPORATION, CARNIVAL PLC, ARNOLD W. DONALD, DAVID BERNSTEIN, and MICKY ARISON, | |
| Defendants | |

**DECLARATION OF DANIEL TROPIN IN SUPPORT OF**
**LIUNA PENSION FUND OF CENTRAL AND EASTERN CANADA'S**
**MOTION FOR CONSOLIDATION, APPOINTMENT AS**
<u>**LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**</u>

I, Daniel Tropin, declare as follows:

I am a member in good standing of the bar of the State of Florida and am admitted to practice before this Court.  I am a Partner at the law firm of Kopelowitz Ostrow Ferguson Weiselberg Gilbert ("KO"), proposed Liaison Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff, LiUNA Pension Fund of Central and Eastern Canada ("LiUNA Pension Fund"), for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing LiUNA Pension Fund as Lead Plaintiff; (iii) approving LiUNA Pension Fund's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and KO as Liaison Counsel to the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of LiUNA Pension Fund, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Loss analysis for LiUNA Pension Fund;

EXHIBIT C:  Notice of pendency of *Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation*, No. 20-cv-22202 (S.D. Fla.), published on May 27, 2020;

EXHIBIT D:  Firm Resume of Labaton Sucharow; and

EXHIBIT E:  Firm Resume of KO.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  July 27, 2020

Respectfully submitted,

*/s/  Daniel Tropin*
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
Daniel Tropin

Florida Bar No. 100424
2800 Ponce de Leon Blvd., Ste. 1100
Coral Gables, Florida 33134
Telephone: (305) 529-8858
Facsimile: (954) 525-4300
tropin@kolawyers.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2020, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing to all counsel of record.

*/s/ Daniel Tropin*
Daniel Tropin