# Exhibit A

## CERTIFICATION

I, David D'Agostini, as Administrator of LiUNA Pension Fund of Central and Eastern Canada ("LiUNA Pension Fund"), hereby certify as follows:

1.       I am fully authorized to enter into and execute this Certification on behalf of LiUNA Pension Fund.  LiUNA Pension Fund has reviewed a Complaint filed against Carnival Corporation ("Carnival") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.       LiUNA Pension Fund did not purchase common stock of Carnival at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.       LiUNA Pension Fund is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  LiUNA Pension Fund fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.       LiUNA Pension Fund's transactions in Carnival common stock during the Class Period are reflected in Exhibit A, attached hereto;

5.       LiUNA Pension Fund sought to serve as a lead plaintiff or representative party in the following class actions filed under the federal securities laws during the last three years:

*Parchmann v. MetLife, Inc.*, No. l:18-cv-0780 (E.D.N.Y.)
*Seeks v. The Boeing Company*, No. l:19-cv-2394 (N.D. Ill.)
*Jansen v. International Flavors & Fragrances Inc.*, No. 1:19-cv-7536 (S.D.N.Y.)

6.       Beyond its pro rata share of any recovery, LiUNA Pension Fund will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is

true and correct this 27th day of July, 2020.

David D'Agostini
*Administrator*
*LiUNA Pension Fund of Central and*

*Eastern Canada*

**EXHIBIT A**

**TRANSACTIONS IN CARNIVAL CORPORATION**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
| --- | --- | --- | --- | --- |
| Purchase | 02/27/20 | 104,403.00 | $32.21 | ($3,362,444.78) |
| Purchase | 02/28/20 | 32,858.00 | $32.80 | ($1,077,752.26) |
| Purchase | 03/02/20 | 633.00 | $31.90 | ($20,195.68) |
| Sale | 03/10/20 | -137,894.00 | $24.02 | $3,312,213.88 |