# Exhibit B

**LOSS ANALYSIS**
**Class Period: 9/26/2019 to 5/1/2020**

**CARNIVAL CORPORATION & PLC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| CCL | 143658300 | 2523044 | PA1436583006 | $16.1398 [1] |

### LiUNA Pension Fund of Central and Eastern Canada

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 09/26/19 | 0 | | |
| Purchase | 02/27/20 | 104,403 | $32.2064 | ($3,362,444.78) |
| Purchase | 02/28/20 | 32,858 | $32.8003 | ($1,077,752.26) |
| Purchase | 03/02/20 | 633 | $31.9047 | ($20,195.68) |
| *Class Period purchases:* | | *137,894* | | *($4,460,392.71)* |
| Sale | 03/10/20 | -137,894 | $24.0200 | $3,312,213.88 |
| *Class Period sales (matched to Class Period purchases):* | | *-137,894* | | *$3,312,213.88* |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($1,148,178.83)** |
| **Total Shares Bought:** | **137,894** |
| **Total Net Expenditures:** | **($1,148,178.83)** |

[1] *Value of shares held is the mean trading price from 5/1/2020 to 7/27/2020.*