**Exhibit C**

*Source:* *Barrack Rodos & Bacine*

*May 27, 2020 14:35 ET*

# Barrack, Rodos & Bacine Announces Securities Class Action Lawsuit Against Carnival Corporation With Class Period From January 28, 2020 Through May 1, 2020

To: All persons or entities who purchased or otherwise acquired the securities of Carnival Corporation (NYSE: CCL) ("Carnival") between January 28, 2020, and May 1, 2020, inclusive ("Class Period").

PHILADELPHIA, May 27, 2020 (GLOBE NEWSWIRE) -- Barrack, Rodos & Bacine has commenced a securities class action titled *Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation, et al.*, No. 1:20-cv-22202 in the United States District Court for the Southern District of Florida.  A copy of the complaint is available here**:**
http://www.barrack.com/node/686#

The action alleges that Carnival, Arnold W. Donald, Carnival's president and chief executive officer, and the Company's chief financial officer, David Bernstein, made a series of false and misleading statements and concealed material information relating to the Company's adherence to its health and safety protocols in the wake of the COVID-19 pandemic, Carnival's role in facilitating the transmission of the virus, and the Company's violations of port-of-call regulations. As a result of these false and misleading statements and omissions made throughout the Class Period, Carnival common stock and securities traded at inflated prices.

The Complaint alleges that Defendants' misstatements about the Company's business, operations, and prospects concealed from investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's

business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

If you suffered a loss arising from your investment in Carnival common stock during the Class Period, you have until July 27, 2020, to file a motion with the Court seeking appointment as lead plaintiff.  Your ability to share in any recovery does not require that you serve as a lead plaintiff.

If you have questions about this matter, please contact Jeffrey A. Barrack, Esq. by email at JBarrack@barrack.com or by telephone at (215) 963-0600 or Stephen R. Basser, Esq. by email at SBasser@barrack.com or by telephone at (619) 230-0800.

Barrack, Rodos & Bacine is a highly experienced securities litigation firm with offices in Philadelphia, PA, New York City, NY, and San Diego, CA.  During its more than 40 years in practice, BR&B has recovered over ten billion dollars on behalf of victims of corporate fraud.  Prior results do not guarantee similar outcomes.