UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SERVICE LAMP CORPORATION PROFIT SHARING PLAN, individually, and on behalf of all other persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION, ARNOLD W. DONALD, AND DAVID BERNSTEIN,<br><br>Defendants. | Case No.  1:20-cv-22202-KMM<br><br>**DECLARATION OF JAYNE A. GOLDSTEIN IN SUPPORT OF MOTION OF STEPHEN HARRIS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| ABRAHAM ATACHBARIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION, CARNIVAL PLC, ARNOLD W. DONALD, DAVID BERNSTEIN, and MICKY ARISON,<br><br>Defendants. | Case No.  1:20-cv-23011-RNS |

I, Jayne A. Goldstein, hereby declare as follows:

1.      I am an attorney with Shepherd, Finkelman, Miller & Shah, LLP ("SFMS"), counsel on behalf of Stephen Harris ("Movant"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Movant's motion for consolidation of the above-captioned related actions (the "Related Actions"), Movant's appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz LLP ("Pomerantz") and Barrack, Rodos & Bacine ("Barrack Rodos") as Co-Lead Counsel, and SFMS as Liaison Counsel, for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Press release announcing the pendency of the first-filed of the Related Actions;

Exhibit B:    Shareholder Certification executed by Movant;

Exhibit C:    Loss chart of Movant;

Exhibit D:    Firm resume of Pomerantz;

Exhibit E:    Firm resume of Barrack Rodos; and

Exhibit F:    Firm resume of SFMS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 27, 2020, at Delray Beach, Florida.

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein

1