# EXHIBIT C

**Carnival Corporation & Plc (CCL)**
**Class Period: September 26, 2019 to May 1, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Harris, Stephen | 2/11/2020 | 1,000 | $42.9550 | ($42,955) | 2/12/2020 | (2,500) | $44.0568 | $110,142 | | |
| Harris, Stephen | 2/11/2020 | 1,000 | $43.0005 | ($43,001) | 2/13/2020 | (38) | $43.4700 | $1,652 | | |
| Harris, Stephen | 2/11/2020 | 500 | $42.9070 | ($21,454) | 2/13/2020 | (2,962) | $43.4700 | $128,758 | | |
| Harris, Stephen | 2/13/2020 | 1,000 | $43.0850 | ($43,085) | 3/6/2020 | (5,000) | $28.8768 | $144,384 | | |
| Harris, Stephen | 2/13/2020 | 1,000 | $43.2630 | ($43,263) | 3/12/2020 | (3,000) | $18.0150 | $54,045 | | |
| Harris, Stephen | 2/13/2020 | 1,000 | $42.8831 | ($42,883) | 3/12/2020 | (5,000) | $19.5000 | $97,500 | | |
| Harris, Stephen | 2/13/2020 | 1,000 | $43.2660 | ($43,266) | 3/13/2020 | (100) | $18.1500 | $1,815 | | |
| Harris, Stephen | 2/13/2020 | 1,000 | $43.4400 | ($43,440) | 3/13/2020 | (100) | $18.1400 | $1,814 | | |
| Harris, Stephen | 2/14/2020 | 1,000 | $43.0018 | ($43,002) | 3/13/2020 | (100) | $18.1550 | $1,816 | | |
| Harris, Stephen | 2/14/2020 | 361 | $42.7600 | ($15,436) | 3/13/2020 | (200) | $18.1400 | $3,628 | | |
| Harris, Stephen | 2/14/2020 | 234 | $42.7570 | ($10,005) | 3/13/2020 | (500) | $16.9750 | $8,488 | | |
| Harris, Stephen | 2/14/2020 | 200 | $42.7550 | ($8,551) | 3/13/2020 | (1,000) | $16.8573 | $16,857 | | |
| Harris, Stephen | 2/14/2020 | 105 | $42.7590 | ($4,490) | 3/13/2020 | (1,500) | $18.1300 | $27,195 | | |
| Harris, Stephen | 2/14/2020 | 100 | $42.7550 | ($4,276) | 3/16/2020 | (1,000) | $17.0150 | $17,015 | | |
| Harris, Stephen | 2/20/2020 | 1,000 | $42.2810 | ($42,281) | 3/17/2020 | (399) | $12.4500 | $4,968 | | |
| Harris, Stephen | 2/21/2020 | 1,000 | $41.7052 | ($41,705) | 3/17/2020 | (2,101) | $12.4656 | $26,190 | | |
| Harris, Stephen | 2/21/2020 | 1,000 | $42.0000 | ($42,000) | 3/17/2020 | (5,000) | $12.4415 | $62,208 | | |
| Harris, Stephen | 2/24/2020 | 1,000 | $39.0140 | ($39,014) | | | | | | |
| Harris, Stephen | 2/24/2020 | 500 | $38.9138 | ($19,457) | | | | | | |
| Harris, Stephen | 2/24/2020 | 400 | $38.0500 | ($15,220) | | | | | | |
| Harris, Stephen | 2/24/2020 | 100 | $38.0490 | ($3,805) | | | | | | |
| Harris, Stephen | 2/25/2020 | 500 | $36.5051 | ($18,253) | | | | | | |
| Harris, Stephen | 2/25/2020 | 500 | $36.6500 | ($18,325) | | | | | | |
| Harris, Stephen | 2/25/2020 | 500 | $36.6090 | ($18,305) | | | | | | |
| Harris, Stephen | 2/25/2020 | 500 | $37.0267 | ($18,513) | | | | | | |
| Harris, Stephen | 2/25/2020 | 400 | $37.2656 | ($14,906) | | | | | | |
| Harris, Stephen | 2/25/2020 | 100 | $37.2700 | ($3,727) | | | | | | |
| Harris, Stephen | 2/26/2020 | 1,000 | $33.0150 | ($33,015) | | | | | | |
| Harris, Stephen | 2/26/2020 | 1,000 | $33.4755 | ($33,476) | | | | | | |
| Harris, Stephen | 2/26/2020 | 1,000 | $34.8254 | ($34,825) | | | | | | |
| Harris, Stephen | 2/27/2020 | 500 | $32.0150 | ($16,008) | | | | | | |
| Harris, Stephen | 3/5/2020 | 5,000 | $27.8383 | ($139,192) | | | | | | |
| Harris, Stephen | 3/6/2020 | 3,000 | $27.3997 | ($82,199) | | | | | | |
| Harris, Stephen | 3/6/2020 | 1,000 | $27.3127 | ($27,313) | | | | | | |
| Harris, Stephen | 3/6/2020 | 600 | $27.3918 | ($16,435) | | | | | | |
| Harris, Stephen | 3/6/2020 | 215 | $27.3918 | ($5,889) | | | | | | |
| Harris, Stephen | 3/6/2020 | 100 | $27.3921 | ($2,739) | | | | | | |
| Harris, Stephen | 3/6/2020 | 85 | $27.3917 | ($2,328) | | | | | | |
| **Harris, Stephen** | | **30,500** | | **($1,098,035)** | | **(30,500)** | | **$708,474** | **20,000** | **($389,561)** |