## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE CARNIVAL CORP. SECURITIES LITIGATION | Case No. 1:20-cv-22202-KMM <br><br> <u>CLASS ACTION</u> |
| ABRAHAM ATACHBARIAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CARNIVAL CORPORATION, CARNIVAL PLC, ARNOLD W. DONALD, DAVID BERNSTEIN, and MICKY ARISON, <br><br> Defendants. | Case No. 1:20-cv-23011-RNS <br><br> <u>CLASS ACTION</u> |

**MOTION OF THE NEW ENGLAND CARPENTERS PENSION AND GUARANTEED ANNUITY FUNDS AND THE MASSACHUSETTS LABORERS' PENSION AND ANNUITY FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF COUNSEL, AND CONSOLIDATION <u>OF RELATED ACTIONS</u>**

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, before the Honorable K. Michael Moore, at the United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. United States Courthouse, located at 400 North Miami Avenue, Room 13-1, Miami, Florida, the New England Carpenters Pension and Guaranteed Annuity Funds ("New England Carpenters") and the Massachusetts Laborers' Pension and Annuity Funds ("Massachusetts Laborers") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) appointing New England Carpenters and Massachusetts Laborers as Lead Plaintiff; (ii) approving their selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne") as Liaison Counsel for the Class; (iii) consolidating all related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"); and (iv) granting such other relief as the Court may deem just and proper.

This Motion is made on the grounds that New England Carpenters and Massachusetts Laborers believe they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, New England Carpenters and Massachusetts Laborers believe that they have the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $5.7 million in losses that they incurred on their purchases of 206,149 shares of Carnival Corporation stock between September 26, 2019 and May 1, 2020. New England Carpenters and Massachusetts Laborers also believe that they otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their

claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class.  New England Carpenters and Massachusetts Laborers are a paradigmatic Lead Plaintiff under the PSLRA because they are sophisticated institutional investors with a substantial financial interest in the litigation and the proven ability to supervise and monitor counsel.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Zachary S. Bower and the exhibits annexed thereto, the prior pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, New England Carpenters and Massachusetts Laborers respectfully request that the Court: (i) appoint New England Carpenters and Massachusetts Laborers as Lead Plaintiff; (ii) approve their selection of Bernstein Litowitz and Kessler Topaz as Lead Counsel and Carella Byrne as Liaison Counsel for the Class; (iii) consolidate all related securities class actions pursuant to Rule 42(a); and (iv) grant such other relief as the Court may deem just and proper.

## CERTIFICATE REGARDING GOOD FAITH CONFERENCE

Pursuant to Local Civil Rule 7.1(a)(3), counsel for New England Carpenters and Massachusetts Laborers state that they were not able to confer with counsel for the opposing movants prior to filing the instant motion.  The statutory framework of the PSLRA requires all motions seeking Lead Plaintiff appointment to be filed within 60 days of the publication of the notice of pendency of the action.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).  No such motions were filed meaningfully in advance of New England Carpenters' and Massachusetts Laborers' motion, and it was not possible to confer with counsel for the other movants to determine whether the instant motion would be opposed or to attempt to resolve the issues raised by the motion.

Dated: July 27, 2020

Respectfully submitted,

/s/ Zachary S. Bower
ZACHARY S. BOWER
Florida Bar No. 17506
**CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.**
Security Building
117 NE 1st Avenue
Miami, FL 33132-2125
zbower@carellabyrne.com
Tel: (973) 994-1700
Fax: (973) 994-1744

*Liaison Counsel for Proposed Lead Plaintiff New
England Carpenters and Massachusetts Laborers
and Proposed Liaison Counsel for the Class*

Hannah Ross
Avi Josefson
Michael D. Blatchley
**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
michaelb@blbglaw.com

*Counsel for Proposed Lead Plaintiff New
England Carpenters and Massachusetts
Laborers and Proposed Lead Counsel for the
Class*

Naumon A. Amjed
Darren J. Check
Ryan T. Degnan
**KESSLER TOPAZ MELTZER
   & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
Tel: (610) 667-7706

Fax: (610) 667-7056

*Counsel for Proposed Lead Plaintiff Massachusetts Laborers and Proposed Lead Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2020, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Zachary S. Bower*
ZACHARY S. BOWER
Florida Bar No. 17506
