**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE CARNIVAL CORP. SECURITIES LITIGATION | Case No. 1:20-cv-22202-KMM |
| | CLASS ACTION |
| ABRAHAM ATACHBARIAN, individually and on behalf of all others similarly situated, | Case No. 1:20-cv-23011-RNS |
| Plaintiff, | CLASS ACTION |
| v. | |
| CARNIVAL CORPORATION, CARNIVAL PLC, ARNOLD W. DONALD, DAVID BERNSTEIN, and MICKY ARISON, | |
| Defendants. | |

**DECLARATION OF ZACHARY S. BOWER IN SUPPORT OF THE MOTION
OF THE NEW ENGLAND CARPENTERS PENSION AND GUARANTEED
ANNUITY FUNDS AND THE MASSACHUSETTS LABORERS' PENSION AND
ANNUITY FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL
OF THEIR SELECTION OF COUNSEL, AND CONSOLIDATION
OF RELATED ACTIONS**

I, Zachary S. Bower, hereby declare as follows:

1.      I am a member in good standing of the bars of the State of Florida and of this Court. I am a partner at the law firm of Carella, Byrne, Checchi, Olstein, Brody & Agnello, P.C ("Carella Byrne").  I make this declaration in support of the motion filed by the New England Carpenters Pension and Guaranteed Annuity Funds ("New England Carpenters") and the Massachusetts Laborers' Pension and Annuity Funds ("Massachusetts Laborers") for an order: (i) appointing New England Carpenters and Massachusetts Laborers as Lead Plaintiff; (ii) approving their selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel and Carella Byrne as Liaison Counsel for the Class; (iii) consolidating all related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (iv) granting such other relief as the Court may deem just and proper.

2.      Attached as Exhibits A through H are true and correct copies of the following:

EXHIBIT A:   Certifications of New England Carpenters and Massachusetts Laborers;

EXHIBIT B:   Charts of transactions and losses of New England Carpenters and Massachusetts Laborers;

EXHIBIT C:   Joint Declaration of Richard S. Monarca and Louis A. Mandarini, III in Support of the Motion of the New England Carpenters Pension and Guaranteed Annuity Funds and the Massachusetts Laborers' Pension and Annuity Funds for Appointment as Lead Plaintiff, Approval of Their Selection of Counsel, and Consolidation of Related Actions;

EXHIBIT D:   Notice of pendency of *Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation*, No. 1:20-cv-22202 (S.D. Fla.), published May 27, 2020;

EXHIBIT E:   Notice of pendency of *Elmensdorp v. Carnival Corporation*, No. 1:20-cv-22319 (S.D. Fla.), published June 3, 2020;

EXHIBIT F:   Notice of pendency of *Atachbarian v. Carnival Corporation*, No. 1:20-cv-23011 (S.D. Fla.), published July 23, 2020;

2

EXHIBIT G:   Bernstein Litowitz's Firm Résumé; and

EXHIBIT H:   Kessler Topaz Firm Résumé.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of July, 2020.

*/s/ Zachary S. Bower*
Zachary S. Bower

2