# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Richard S. Monarca, on behalf of New England Carpenters Pension and Guaranteed Annuity Funds ("New England Carpenters"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of New England Carpenters. I have reviewed a complaint filed in this matter. New England Carpenters has authorized the filing of this motion for appointment as lead plaintiff.

2. New England Carpenters did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. New England Carpenters is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. New England Carpenters fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. New England Carpenters' transactions in the Carnival Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. New England Carpenters has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification that have been fully settled:

*City of Warren Police & Fire Retirement System v. Foot Locker, Inc.,*
No. 18-cv-01492 (E.D.N.Y.)

6. New England Carpenters will not accept any payment for serving as a representative party on behalf of the Class beyond New England Carpenters' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of July, 2020.

Richard S. Monarca
Executive Director
*New England Carpenters Pension and Guaranteed Annuity Funds*

**New England Carpenters Pension Fund**
**Transactions in Carnival Corporation**

| Transaction | Date | Shares | Price |
| --- | --- | --- | --- |
| Purchase | 12/5/2019 | 665 | 44.1785 |
| Purchase | 12/5/2019 | 570 | 43.9773 |
| Purchase | 12/6/2019 | 191 | 44.9009 |
| Purchase | 12/6/2019 | 1,284 | 44.8751 |
| Purchase | 12/6/2019 | 1,018 | 44.8086 |
| Purchase | 12/9/2019 | 1,416 | 45.3242 |
| Purchase | 12/10/2019 | 581 | 45.2259 |
| Purchase | 12/10/2019 | 1,043 | 45.2032 |
| Purchase | 12/10/2019 | 160 | 45.3950 |
| Purchase | 12/10/2019 | 229 | 45.2950 |
| Purchase | 12/11/2019 | 1,374 | 45.7623 |
| Purchase | 12/12/2019 | 2,659 | 46.7343 |
| Purchase | 12/13/2019 | 6,076 | 47.4833 |
| Purchase | 12/16/2019 | 807 | 46.9259 |
| Purchase | 12/17/2019 | 116 | 46.9952 |
| Purchase | 12/17/2019 | 373 | 46.9029 |
| Purchase | 12/18/2019 | 3,919 | 46.8608 |
| Purchase | 12/18/2019 | 1,300 | 46.8288 |
| Purchase | 12/18/2019 | 563 | 46.7313 |
| Purchase | 12/18/2019 | 990 | 46.8326 |
| Purchase | 1/2/2020 | 264 | 50.9157 |
| Purchase | 1/7/2020 | 106 | 48.4950 |
| Purchase | 1/7/2020 | 172 | 48.4826 |
| Purchase | 1/7/2020 | 731 | 48.4612 |
| Purchase | 1/8/2020 | 308 | 48.4957 |
| Purchase | 1/23/2020 | 374 | 48.3674 |
| Purchase | 1/24/2020 | 106 | 47.2383 |
| Purchase | 1/24/2020 | 1,114 | 47.7539 |
| Purchase | 1/27/2020 | 1,207 | 45.6913 |
| Purchase | 1/27/2020 | 368 | 45.6755 |
| Purchase | 1/28/2020 | 396 | 46.4228 |
| Purchase | 1/28/2020 | 1,942 | 46.4237 |
| Purchase | 1/29/2020 | 108 | 46.3550 |
| Purchase | 1/29/2020 | 344 | 46.4827 |
| Purchase | 1/30/2020 | 112 | 44.7190 |
| Purchase | 1/30/2020 | 1,027 | 44.6160 |
| Purchase | 1/30/2020 | 1,668 | 44.9500 |
| Purchase | 2/7/2020 | 368 | 42.6960 |

**New England Carpenters Pension Fund**
**Transactions in Carnival Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 2/7/2020 | 1,641 | 42.5907 |
| Purchase | 2/24/2020 | 2,230 | 39.1590 |
| Purchase | 2/25/2020 | 4,009 | 36.8333 |
| Purchase | 2/25/2020 | 2,067 | 35.8974 |
| Purchase | 2/26/2020 | 2,291 | 33.1440 |
| Sale | 3/5/2020 | (177) | 29.1383 |
| Sale | 3/5/2020 | (6,004) | 28.4039 |
| Sale | 3/5/2020 | (2,041) | 29.0772 |
| Sale | 3/6/2020 | (1,076) | 27.2243 |
| Sale | 3/9/2020 | (367) | 23.4965 |
| Sale | 3/9/2020 | (1,268) | 22.6333 |
| Sale | 3/9/2020 | (7,138) | 22.2006 |
| Sale | 3/9/2020 | (727) | 22.0050 |
| Sale | 3/17/2020 | (688) | 12.3245 |
| Sale | 3/17/2020 | (12,284) | 12.8158 |
| Sale | 3/17/2020 | (652) | 12.3500 |
| Sale | 3/17/2020 | (406) | 12.6208 |
| Sale | 3/18/2020 | (3,954) | 8.7783 |
| Sale | 3/18/2020 | (3,949) | 8.3952 |
| Sale | 3/18/2020 | (3,599) | 8.8013 |
| Sale | 3/18/2020 | (3,957) | 9.5356 |

**New England Carpenters Guaranteed Annuity Fund**
**Transactions in Carnival Corporation**

| Transaction | Date | Shares | Price |
| --- | --- | --- | --- |
| Purchase | 12/5/2019 | 944 | 43.9773 |
| Purchase | 12/5/2019 | 1,100 | 44.1785 |
| Purchase | 12/6/2019 | 317 | 44.9009 |
| Purchase | 12/6/2019 | 2,124 | 44.8751 |
| Purchase | 12/6/2019 | 1,683 | 44.8086 |
| Purchase | 12/9/2019 | 2,342 | 45.3242 |
| Purchase | 12/10/2019 | 302 | 45.3950 |
| Purchase | 12/10/2019 | 975 | 45.2259 |
| Purchase | 12/10/2019 | 1,759 | 45.2032 |
| Purchase | 12/10/2019 | 294 | 45.2950 |
| Purchase | 12/11/2019 | 2,273 | 45.7623 |
| Purchase | 12/12/2019 | 4,399 | 46.7343 |
| Purchase | 12/13/2019 | 10,052 | 47.4833 |
| Purchase | 12/16/2019 | 1,335 | 46.9259 |
| Purchase | 12/17/2019 | 191 | 46.9952 |
| Purchase | 12/17/2019 | 619 | 46.9029 |
| Purchase | 12/18/2019 | 943 | 46.7313 |
| Purchase | 12/18/2019 | 6,520 | 46.8608 |
| Purchase | 12/18/2019 | 1,607 | 46.8326 |
| Purchase | 12/18/2019 | 2,132 | 46.8288 |
| Purchase | 1/2/2020 | 424 | 50.9157 |
| Purchase | 1/7/2020 | 371 | 48.4826 |
| Purchase | 1/7/2020 | 122 | 48.4950 |
| Purchase | 1/7/2020 | 1,184 | 48.4612 |
| Purchase | 1/8/2020 | 513 | 48.4957 |
| Purchase | 1/23/2020 | 621 | 48.3674 |
| Purchase | 1/24/2020 | 1,842 | 47.7539 |
| Purchase | 1/24/2020 | 110 | 47.2383 |
| Purchase | 1/27/2020 | 624 | 45.6755 |
| Purchase | 1/27/2020 | 2,047 | 45.6913 |
| Purchase | 1/28/2020 | 603 | 46.4228 |
| Purchase | 1/28/2020 | 3,265 | 46.4237 |
| Purchase | 1/29/2020 | 161 | 46.3550 |
| Purchase | 1/29/2020 | 586 | 46.4827 |
| Purchase | 1/30/2020 | 112 | 44.7190 |
| Purchase | 1/30/2020 | 1,700 | 44.6160 |
| Purchase | 1/30/2020 | 2,506 | 44.9500 |

**New England Carpenters Guaranteed Annuity Fund**
**Transactions in Carnival Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/30/2020 | 326 | 44.9399 |
| Purchase | 2/7/2020 | 608 | 42.6960 |
| Purchase | 2/7/2020 | 2,715 | 42.5907 |
| Purchase | 2/24/2020 | 3,685 | 39.1590 |
| Purchase | 2/25/2020 | 3,417 | 35.8974 |
| Purchase | 2/25/2020 | 6,634 | 36.8333 |
| Purchase | 2/26/2020 | 3,791 | 33.1440 |
| Sale | 3/5/2020 | (311) | 29.1383 |
| Sale | 3/5/2020 | (3,360) | 29.0772 |
| Sale | 3/5/2020 | (9,929) | 28.4039 |
| Sale | 3/6/2020 | (1,782) | 27.2243 |
| Sale | 3/9/2020 | (2,153) | 22.6333 |
| Sale | 3/9/2020 | (12,139) | 22.2006 |
| Sale | 3/9/2020 | (883) | 22.0050 |
| Sale | 3/9/2020 | (541) | 23.4965 |
| Sale | 3/17/2020 | (501) | 12.6208 |
| Sale | 3/17/2020 | (20,320) | 12.8158 |
| Sale | 3/17/2020 | (1,204) | 12.3245 |
| Sale | 3/17/2020 | (1,184) | 12.3500 |
| Sale | 3/18/2020 | (6,546) | 8.3952 |
| Sale | 3/18/2020 | (5,920) | 8.8013 |
| Sale | 3/18/2020 | (6,552) | 8.7783 |
| Sale | 3/18/2020 | (6,553) | 9.5356 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Louis A. Mandarini, III, on behalf of Massachusetts Laborers' Pension Fund ("Massachusetts Laborers' Pension"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Massachusetts Laborers' Pension.  I have reviewed a complaint filed in this matter.  Massachusetts Laborers' Pension has authorized the filing of this motion for appointment as lead plaintiff.

2. Massachusetts Laborers' Pension did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Massachusetts Laborers' Pension is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.  Massachusetts Laborers' Pension fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Massachusetts Laborers' Pension's transactions in the Carnival Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. Massachusetts Laborers' Pension has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*City of North Miami Beach Police Officers' and Firefighters' Retirement Plan v. National General Holdings Corp.,* No. 19-cv-6468 (C.D. Cal.)

6.  Massachusetts Laborers' Pension will not accept any payment for serving as a representative party on behalf of the Class beyond Massachusetts Laborers' Pension's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this  27  day of July, 2020.

Louis Mandarini III

Digitally signed by Louis Mandarini III
Date: 2020.07.27 13:23:21 -04'00'

Louis A. Mandarini, III
Executive Director
*Massachusetts Laborers' Pension Fund*

**Massachusetts Laborers' Pension Fund**
**Transactions in Carnival Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 12/5/2019 | 460 | 44.1785 |
| Purchase | 12/5/2019 | 395 | 43.9773 |
| Purchase | 12/6/2019 | 133 | 44.9009 |
| Purchase | 12/6/2019 | 703 | 44.8086 |
| Purchase | 12/6/2019 | 888 | 44.8751 |
| Purchase | 12/9/2019 | 979 | 45.3242 |
| Purchase | 12/10/2019 | 394 | 45.2259 |
| Purchase | 12/10/2019 | 111 | 45.3950 |
| Purchase | 12/10/2019 | 727 | 45.2032 |
| Purchase | 12/10/2019 | 158 | 45.2950 |
| Purchase | 12/11/2019 | 949 | 45.7623 |
| Purchase | 12/12/2019 | 1,837 | 46.7343 |
| Purchase | 12/13/2019 | 4,198 | 47.4833 |
| Purchase | 12/16/2019 | 556 | 46.9259 |
| Purchase | 12/17/2019 | 107 | 46.9952 |
| Purchase | 12/17/2019 | 230 | 46.9029 |
| Purchase | 12/18/2019 | 696 | 46.8326 |
| Purchase | 12/18/2019 | 903 | 46.8288 |
| Purchase | 12/18/2019 | 2,678 | 46.8608 |
| Purchase | 12/18/2019 | 382 | 46.7313 |
| Purchase | 1/2/2020 | 146 | 50.9157 |
| Purchase | 1/7/2020 | 472 | 48.4612 |
| Purchase | 1/7/2020 | 238 | 48.4826 |
| Purchase | 1/8/2020 | 216 | 48.4957 |
| Purchase | 1/23/2020 | 262 | 48.3674 |
| Purchase | 1/24/2020 | 106 | 47.2383 |
| Purchase | 1/24/2020 | 768 | 47.7539 |
| Purchase | 1/27/2020 | 245 | 45.6755 |
| Purchase | 1/27/2020 | 805 | 45.6913 |
| Purchase | 1/28/2020 | 1,322 | 46.4237 |
| Purchase | 1/28/2020 | 298 | 46.4228 |
| Purchase | 1/29/2020 | 213 | 46.4827 |
| Purchase | 1/29/2020 | 108 | 46.3550 |
| Purchase | 1/30/2020 | 711 | 44.6160 |
| Purchase | 1/30/2020 | 1,229 | 44.9399 |
| Purchase | 2/7/2020 | 1,083 | 42.5907 |
| Purchase | 2/7/2020 | 243 | 42.6960 |
| Purchase | 2/24/2020 | 1,514 | 39.1590 |

**Massachusetts Laborers' Pension Fund**
**Transactions in Carnival Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 2/25/2020 | 2,767 | 36.8333 |
| Purchase | 2/25/2020 | 1,426 | 35.8974 |
| Purchase | 2/26/2020 | 1,630 | 33.1440 |
| Sale | 3/5/2020 | (4,128) | 28.4039 |
| Sale | 3/5/2020 | (1,336) | 29.0772 |
| Sale | 3/5/2020 | (183) | 29.1383 |
| Sale | 3/6/2020 | (729) | 27.2243 |
| Sale | 3/9/2020 | (4,741) | 22.2006 |
| Sale | 3/9/2020 | (957) | 22.6333 |
| Sale | 3/9/2020 | (587) | 22.0050 |
| Sale | 3/9/2020 | (236) | 23.4965 |
| Sale | 3/17/2020 | (812) | 12.3500 |
| Sale | 3/17/2020 | (8,493) | 12.8158 |
| Sale | 3/17/2020 | (406) | 12.3245 |
| Sale | 3/18/2020 | (2,501) | 8.8013 |
| Sale | 3/18/2020 | (2,721) | 8.3952 |
| Sale | 3/18/2020 | (2,730) | 9.5356 |
| Sale | 3/18/2020 | (2,726) | 8.7783 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Louis A. Mandarini, III, on behalf of Massachusetts Laborers' Annuity Fund ("Massachusetts Laborers' Annuity"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Massachusetts Laborers' Annuity.  I have reviewed a complaint filed in this matter.  Massachusetts Laborers' Annuity has authorized the filing of this motion for appointment as lead plaintiff.

2. Massachusetts Laborers' Annuity did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Massachusetts Laborers' Annuity is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.  Massachusetts Laborers' Annuity fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Massachusetts Laborers' Annuity's transactions in the Carnival Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. Massachusetts Laborers' Annuity has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification:

6. Massachusetts Laborers' Annuity will not accept any payment for serving as a representative party on behalf of the Class beyond Massachusetts Laborers' Annuity's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this  27  day of July, 2020.

Louis Mandarini III

Digitally signed by Louis Mandarini III
Date: 2020.07.27 13:21:28 -04'00'

Louis A. Mandarini, III
Executive Director
*Massachusetts Laborers' Pension Fund*

**Massachusetts Laborers' Annuity Fund**
**Transactions in Carnival Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 12/5/2019 | 618 | 44.1785 |
| Purchase | 12/5/2019 | 530 | 43.9773 |
| Purchase | 12/6/2019 | 1,192 | 44.8751 |
| Purchase | 12/6/2019 | 945 | 44.8086 |
| Purchase | 12/6/2019 | 178 | 44.9009 |
| Purchase | 12/9/2019 | 1,314 | 45.3242 |
| Purchase | 12/10/2019 | 975 | 45.2032 |
| Purchase | 12/10/2019 | 201 | 45.2950 |
| Purchase | 12/10/2019 | 154 | 45.3950 |
| Purchase | 12/10/2019 | 537 | 45.2259 |
| Purchase | 12/11/2019 | 1,275 | 45.7623 |
| Purchase | 12/12/2019 | 2,467 | 46.7343 |
| Purchase | 12/13/2019 | 5,637 | 47.4833 |
| Purchase | 12/16/2019 | 747 | 46.9259 |
| Purchase | 12/17/2019 | 346 | 46.9029 |
| Purchase | 12/17/2019 | 107 | 46.9952 |
| Purchase | 12/18/2019 | 918 | 46.8326 |
| Purchase | 12/18/2019 | 3,616 | 46.8608 |
| Purchase | 12/18/2019 | 519 | 46.7313 |
| Purchase | 12/18/2019 | 1,202 | 46.8288 |
| Purchase | 1/2/2020 | 197 | 50.9157 |
| Purchase | 1/7/2020 | 114 | 48.4826 |
| Purchase | 1/7/2020 | 130 | 48.4950 |
| Purchase | 1/7/2020 | 709 | 48.4612 |
| Purchase | 1/8/2020 | 290 | 48.4957 |
| Purchase | 1/23/2020 | 352 | 48.3674 |
| Purchase | 1/24/2020 | 106 | 47.2383 |
| Purchase | 1/24/2020 | 1,031 | 47.7539 |
| Purchase | 1/27/2020 | 339 | 45.6755 |
| Purchase | 1/27/2020 | 1,108 | 45.6913 |
| Purchase | 1/28/2020 | 1,801 | 46.4237 |
| Purchase | 1/28/2020 | 374 | 46.4228 |
| Purchase | 1/29/2020 | 108 | 46.3550 |
| Purchase | 1/29/2020 | 323 | 46.4827 |
| Purchase | 1/30/2020 | 1,650 | 44.9399 |
| Purchase | 1/30/2020 | 955 | 44.6160 |
| Purchase | 2/7/2020 | 1,454 | 42.5907 |
| Purchase | 2/7/2020 | 326 | 42.6960 |

**Massachusetts Laborers' Annuity Fund**
**Transactions in Carnival Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 2/24/2020 | 2,034 | 39.1590 |
| Purchase | 2/25/2020 | 3,716 | 36.8333 |
| Purchase | 2/25/2020 | 1,914 | 35.8974 |
| Purchase | 2/26/2020 | 2,189 | 33.1440 |
| Sale | 3/5/2020 | (5,537) | 28.4039 |
| Sale | 3/5/2020 | (177) | 29.1383 |
| Sale | 3/5/2020 | (1,869) | 29.0772 |
| Sale | 3/6/2020 | (979) | 27.2243 |
| Sale | 3/9/2020 | (660) | 22.0050 |
| Sale | 3/9/2020 | (1,248) | 22.6333 |
| Sale | 3/9/2020 | (6,541) | 22.2006 |
| Sale | 3/9/2020 | (309) | 23.4965 |
| Sale | 3/17/2020 | (406) | 12.6208 |
| Sale | 3/17/2020 | (621) | 12.3245 |
| Sale | 3/17/2020 | (11,405) | 12.8158 |
| Sale | 3/17/2020 | (594) | 12.3500 |
| Sale | 3/18/2020 | (3,673) | 9.5356 |
| Sale | 3/18/2020 | (3,670) | 8.7783 |
| Sale | 3/18/2020 | (3,665) | 8.3952 |
| Sale | 3/18/2020 | (3,344) | 8.8013 |