# EXHIBIT B

**New England Carpenters Pension Fund**
LIFO Loss in Carnival Corp. (NYSE: CCL)
Class Period: 09/26/19 - 05/01/20
CUSIP: 143658300
Retained share price: $16.1803 (05/01/20 - 07/24/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/5/2019 | 665 | 44.1785 | $29,378.70 | | | | | |
| Purchase | 12/5/2019 | 570 | 43.9773 | $25,067.06 | | | | | |
| Purchase | 12/6/2019 | 191 | 44.9009 | $8,576.07 | | | | | |
| Purchase | 12/6/2019 | 1,284 | 44.8751 | $57,619.63 | | | | | |
| Purchase | 12/6/2019 | 1,018 | 44.8086 | $45,615.15 | | | | | |
| Purchase | 12/9/2019 | 1,416 | 45.3242 | $64,179.07 | | | | | |
| Purchase | 12/10/2019 | 581 | 45.2259 | $26,276.25 | | | | | |
| Purchase | 12/10/2019 | 1,043 | 45.2032 | $47,146.94 | | | | | |
| Purchase | 12/10/2019 | 160 | 45.3950 | $7,263.20 | | | | | |
| Purchase | 12/10/2019 | 229 | 45.2950 | $10,372.56 | | | | | |
| Purchase | 12/11/2019 | 1,374 | 45.7623 | $62,877.40 | | | | | |
| Purchase | 12/12/2019 | 2,659 | 46.7343 | $124,266.50 | | | | | |
| Purchase | 12/13/2019 | 6,076 | 47.4833 | $288,508.53 | | | | | |
| Purchase | 12/16/2019 | 807 | 46.9259 | $37,869.20 | | | | | |
| Purchase | 12/17/2019 | 116 | 46.9952 | $5,451.44 | | | | | |
| Purchase | 12/17/2019 | 373 | 46.9029 | $17,494.78 | | | | | |
| Purchase | 12/18/2019 | 3,919 | 46.8608 | $183,647.48 | | | | | |
| Purchase | 12/18/2019 | 1,300 | 46.8288 | $60,877.44 | | | | | |
| Purchase | 12/18/2019 | 563 | 46.7313 | $26,309.72 | | | | | |
| Purchase | 12/18/2019 | 990 | 46.8326 | $46,364.27 | | | | | |
| Purchase | 1/2/2020 | 264 | 50.9157 | $13,441.74 | | | | | |
| Purchase | 1/7/2020 | 106 | 48.4950 | $5,140.47 | | | | | |
| Purchase | 1/7/2020 | 172 | 48.4826 | $8,339.01 | | | | | |
| Purchase | 1/7/2020 | 731 | 48.4612 | $35,425.14 | | | | | |
| Purchase | 1/8/2020 | 308 | 48.4957 | $14,936.68 | | | | | |
| Purchase | 1/23/2020 | 374 | 48.3674 | $18,089.41 | | | | | |
| Purchase | 1/24/2020 | 106 | 47.2383 | $5,007.26 | | | | | |
| Purchase | 1/24/2020 | 1,114 | 47.7539 | $53,197.84 | Sale | 3/5/2020 | (177) | 29.1383 | ($5,157.48) |
| Purchase | 1/27/2020 | 1,207 | 45.6913 | $55,149.40 | Sale | 3/5/2020 | (6,004) | 28.4039 | ($170,537.02) |
| Purchase | 1/27/2020 | 368 | 45.6755 | $16,808.58 | Sale | 3/5/2020 | (2,041) | 29.0772 | ($59,346.57) |
| Purchase | 1/28/2020 | 396 | 46.4228 | $18,383.43 | Sale | 3/6/2020 | (1,076) | 27.2243 | ($29,293.35) |
| Purchase | 1/28/2020 | 1,942 | 46.4237 | $90,154.83 | Sale | 3/9/2020 | (367) | 23.4965 | ($8,623.22) |
| Purchase | 1/29/2020 | 108 | 46.3550 | $5,006.34 | Sale | 3/9/2020 | (1,268) | 22.6333 | ($28,699.02) |
| Purchase | 1/29/2020 | 344 | 46.4827 | $15,990.05 | Sale | 3/9/2020 | (7,138) | 22.2006 | ($158,467.88) |
| Purchase | 1/30/2020 | 112 | 44.7190 | $5,008.53 | Sale | 3/9/2020 | (727) | 22.0050 | ($15,997.64) |
| Purchase | 1/30/2020 | 1,027 | 44.6160 | $45,820.63 | Sale | 3/17/2020 | (688) | 12.3245 | ($8,479.26) |
| Purchase | 1/30/2020 | 1,668 | 44.9500 | $74,976.60 | Sale | 3/17/2020 | (12,284) | 12.8158 | ($157,429.29) |

**New England Carpenters Pension Fund**
LIFO Loss in Carnival Corp. (NYSE: CCL)
Class Period: 09/26/19 - 05/01/20
CUSIP: 143658300
Retained share price: $16.1803 (05/01/20 - 07/24/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/7/2020 | 368 | 42.6960 | $15,712.13 | Sale | 3/17/2020 | (652) | 12.3500 | ($8,052.20) |
| Purchase | 2/7/2020 | 1,641 | 42.5907 | $69,891.34 | Sale | 3/17/2020 | (406) | 12.6208 | ($5,124.04) |
| Purchase | 2/24/2020 | 2,230 | 39.1590 | $87,324.57 | Sale | 3/18/2020 | (3,954) | 8.7783 | ($34,709.40) |
| Purchase | 2/25/2020 | 4,009 | 36.8333 | $147,664.70 | Sale | 3/18/2020 | (3,949) | 8.3952 | ($33,152.64) |
| Purchase | 2/25/2020 | 2,067 | 35.8974 | $74,199.93 | Sale | 3/18/2020 | (3,599) | 8.8013 | ($31,675.88) |
| Purchase | 2/26/2020 | 2,291 | 33.1440 | $75,932.90 | Sale | 3/18/2020 | (3,957) | 9.5356 | ($37,732.37) |
| | | 48,287 | | $2,126,762.88 | | | (48,287) | | ($792,477.23) |

**LIFO Loss**   **($1,334,285.65)**

**New England Carpenters Guaranteed Annuity Fund**
LIFO Loss in Carnival Corp. (NYSE: CCL)
Class Period: 09/26/19 - 05/01/20
CUSIP: 143658300
Retained share price: $16.1803 (05/01/20 - 07/24/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/5/2019 | 944 | 43.9773 | $41,514.57 | | | | | |
| Purchase | 12/5/2019 | 1,100 | 44.1785 | $48,596.35 | | | | | |
| Purchase | 12/6/2019 | 317 | 44.9009 | $14,233.59 | | | | | |
| Purchase | 12/6/2019 | 2,124 | 44.8751 | $95,314.71 | | | | | |
| Purchase | 12/6/2019 | 1,683 | 44.8086 | $75,412.87 | | | | | |
| Purchase | 12/9/2019 | 2,342 | 45.3242 | $106,149.28 | | | | | |
| Purchase | 12/10/2019 | 302 | 45.3950 | $13,709.29 | | | | | |
| Purchase | 12/10/2019 | 975 | 45.2259 | $44,095.25 | | | | | |
| Purchase | 12/10/2019 | 1,759 | 45.2032 | $79,512.43 | | | | | |
| Purchase | 12/10/2019 | 294 | 45.2950 | $13,316.73 | | | | | |
| Purchase | 12/11/2019 | 2,273 | 45.7623 | $104,017.71 | | | | | |
| Purchase | 12/12/2019 | 4,399 | 46.7343 | $205,584.19 | | | | | |
| Purchase | 12/13/2019 | 10,052 | 47.4833 | $477,302.13 | | | | | |
| Purchase | 12/16/2019 | 1,335 | 46.9259 | $62,646.08 | | | | | |
| Purchase | 12/17/2019 | 191 | 46.9952 | $8,976.08 | | | | | |
| Purchase | 12/17/2019 | 619 | 46.9029 | $29,032.90 | | | | | |
| Purchase | 12/18/2019 | 943 | 46.7313 | $44,067.62 | | | | | |
| Purchase | 12/18/2019 | 6,520 | 46.8608 | $305,532.42 | | | | | |
| Purchase | 12/18/2019 | 1,607 | 46.8326 | $75,259.99 | | | | | |
| Purchase | 12/18/2019 | 2,132 | 46.8288 | $99,839.00 | | | | | |
| Purchase | 1/2/2020 | 424 | 50.9157 | $21,588.26 | | | | | |
| Purchase | 1/7/2020 | 371 | 48.4826 | $17,987.04 | | | | | |
| Purchase | 1/7/2020 | 122 | 48.4950 | $5,916.39 | | | | | |
| Purchase | 1/7/2020 | 1,184 | 48.4612 | $57,378.06 | | | | | |
| Purchase | 1/8/2020 | 513 | 48.4957 | $24,878.29 | | | | | |
| Purchase | 1/23/2020 | 621 | 48.3674 | $30,036.16 | | | | | |
| Purchase | 1/24/2020 | 1,842 | 47.7539 | $87,962.68 | | | | | |
| Purchase | 1/24/2020 | 110 | 47.2383 | $5,196.21 | | | | | |
| Purchase | 1/27/2020 | 624 | 45.6755 | $28,501.51 | Sale | 3/5/2020 | (311) | 29.1383 | ($9,062.01) |
| Purchase | 1/27/2020 | 2,047 | 45.6913 | $93,530.09 | Sale | 3/5/2020 | (3,360) | 29.0772 | ($97,699.39) |
| Purchase | 1/28/2020 | 603 | 46.4228 | $27,992.95 | Sale | 3/5/2020 | (9,929) | 28.4039 | ($282,022.32) |
| Purchase | 1/28/2020 | 3,265 | 46.4237 | $151,573.38 | Sale | 3/6/2020 | (1,782) | 27.2243 | ($48,513.70) |
| Purchase | 1/29/2020 | 161 | 46.3550 | $7,463.16 | Sale | 3/9/2020 | (2,153) | 22.6333 | ($48,729.49) |
| Purchase | 1/29/2020 | 586 | 46.4827 | $27,238.86 | Sale | 3/9/2020 | (12,139) | 22.2006 | ($269,493.08) |
| Purchase | 1/30/2020 | 112 | 44.7190 | $5,008.53 | Sale | 3/9/2020 | (883) | 22.0050 | ($19,430.42) |
| Purchase | 1/30/2020 | 1,700 | 44.6160 | $75,847.20 | Sale | 3/9/2020 | (541) | 23.4965 | ($12,711.61) |
| Purchase | 1/30/2020 | 2,506 | 44.9500 | $112,644.70 | Sale | 3/17/2020 | (501) | 12.6208 | ($6,323.02) |

**New England Carpenters Guaranteed Annuity Fund**
LIFO Loss in Carnival Corp. (NYSE: CCL)
Class Period: 09/26/19 - 05/01/20
CUSIP: 143658300
Retained share price: $16.1803 (05/01/20 - 07/24/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/30/2020 | 326 | 44.9399 | $14,650.41 | Sale | 3/17/2020 | (20,320) | 12.8158 | ($260,417.06) |
| Purchase | 2/7/2020 | 608 | 42.6960 | $25,959.17 | Sale | 3/17/2020 | (1,204) | 12.3245 | ($14,838.70) |
| Purchase | 2/7/2020 | 2,715 | 42.5907 | $115,633.75 | Sale | 3/17/2020 | (1,184) | 12.3500 | ($14,622.40) |
| Purchase | 2/24/2020 | 3,685 | 39.1590 | $144,300.92 | Sale | 3/18/2020 | (6,546) | 8.3952 | ($54,954.98) |
| Purchase | 2/25/2020 | 3,417 | 35.8974 | $122,661.42 | Sale | 3/18/2020 | (5,920) | 8.8013 | ($52,103.70) |
| Purchase | 2/25/2020 | 6,634 | 36.8333 | $244,352.11 | Sale | 3/18/2020 | (6,552) | 8.7783 | ($57,515.42) |
| Purchase | 2/26/2020 | 3,791 | 33.1440 | $125,648.90 | Sale | 3/18/2020 | (6,553) | 9.5356 | ($62,486.79) |
| | | 79,878 | | $3,518,063.31 | | | (79,878) | | ($1,310,924.08) |

**LIFO Loss**   **($2,207,139.23)**

**Massachusetts Laborers' Pension Fund**
LIFO Loss in Carnival Corp. (NYSE: CCL)
Class Period: 09/26/19 - 05/01/20
CUSIP: 143658300
Retained share price: $16.1803 (05/01/20 - 07/24/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 506 | | | | | 0 | | $0.00 |
| | | | | | Sales offsetting against opening balance | | 0 | | $0.00 |
| Purchase | 12/5/2019 | 460 | 44.1785 | $20,322.11 | | | | | |
| Purchase | 12/5/2019 | 395 | 43.9773 | $17,371.03 | | | | | |
| Purchase | 12/6/2019 | 133 | 44.9009 | $5,971.82 | | | | | |
| Purchase | 12/6/2019 | 703 | 44.8086 | $31,500.45 | | | | | |
| Purchase | 12/6/2019 | 888 | 44.8751 | $39,849.09 | | | | | |
| Purchase | 12/9/2019 | 979 | 45.3242 | $44,372.39 | | | | | |
| Purchase | 12/10/2019 | 394 | 45.2259 | $17,819.00 | | | | | |
| Purchase | 12/10/2019 | 111 | 45.3950 | $5,038.85 | | | | | |
| Purchase | 12/10/2019 | 727 | 45.2032 | $32,862.73 | | | | | |
| Purchase | 12/10/2019 | 158 | 45.2950 | $7,156.61 | | | | | |
| Purchase | 12/11/2019 | 949 | 45.7623 | $43,428.42 | | | | | |
| Purchase | 12/12/2019 | 1,837 | 46.7343 | $85,850.91 | | | | | |
| Purchase | 12/13/2019 | 4,198 | 47.4833 | $199,334.89 | | | | | |
| Purchase | 12/16/2019 | 556 | 46.9259 | $26,090.80 | | | | | |
| Purchase | 12/17/2019 | 107 | 46.9952 | $5,028.49 | | | | | |
| Purchase | 12/17/2019 | 230 | 46.9029 | $10,787.67 | | | | | |
| Purchase | 12/18/2019 | 696 | 46.8326 | $32,595.49 | | | | | |
| Purchase | 12/18/2019 | 903 | 46.8288 | $42,286.41 | | | | | |
| Purchase | 12/18/2019 | 2,678 | 46.8608 | $125,493.22 | | | | | |
| Purchase | 12/18/2019 | 382 | 46.7313 | $17,851.36 | | | | | |
| Purchase | 1/2/2020 | 146 | 50.9157 | $7,433.69 | | | | | |
| Purchase | 1/7/2020 | 472 | 48.4612 | $22,873.69 | | | | | |
| Purchase | 1/7/2020 | 238 | 48.4826 | $11,538.86 | | | | | |
| Purchase | 1/8/2020 | 216 | 48.4957 | $10,475.07 | | | | | |
| Purchase | 1/23/2020 | 262 | 48.3674 | $12,672.26 | | | | | |
| Purchase | 1/24/2020 | 106 | 47.2383 | $5,007.26 | | | | | |
| Purchase | 1/24/2020 | 768 | 47.7539 | $36,675.00 | Sale | 3/5/2020 | (4,128) | 28.4039 | ($117,251.30) |
| Purchase | 1/27/2020 | 245 | 45.6755 | $11,190.50 | Sale | 3/5/2020 | (1,336) | 29.0772 | ($38,847.14) |
| Purchase | 1/27/2020 | 805 | 45.6913 | $36,781.50 | Sale | 3/5/2020 | (183) | 29.1383 | ($5,332.31) |
| Purchase | 1/28/2020 | 1,322 | 46.4237 | $61,372.13 | Sale | 3/6/2020 | (729) | 27.2243 | ($19,846.51) |
| Purchase | 1/28/2020 | 298 | 46.4228 | $13,833.99 | Sale | 3/9/2020 | (4,741) | 22.2006 | ($105,253.04) |
| Purchase | 1/29/2020 | 213 | 46.4827 | $9,900.82 | Sale | 3/9/2020 | (957) | 22.6333 | ($21,660.07) |
| Purchase | 1/29/2020 | 108 | 46.3550 | $5,006.34 | Sale | 3/9/2020 | (587) | 22.0050 | ($12,916.94) |
| Purchase | 1/30/2020 | 711 | 44.6160 | $31,721.98 | Sale | 3/9/2020 | (236) | 23.4965 | ($5,545.17) |

**Massachusetts Laborers' Pension Fund**
LIFO Loss in Carnival Corp. (NYSE: CCL)
Class Period: 09/26/19 - 05/01/20
CUSIP: 143658300
Retained share price: $16.1803 (05/01/20 - 07/24/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/30/2020 | 1,229 | 44.9399 | $55,231.14 | Sale | 3/17/2020 | (812) | 12.3500 | ($10,028.20) |
| Purchase | 2/7/2020 | 1,083 | 42.5907 | $46,125.73 | Sale | 3/17/2020 | (8,493) | 12.8158 | ($108,844.59) |
| Purchase | 2/7/2020 | 243 | 42.6960 | $10,375.13 | Sale | 3/17/2020 | (406) | 12.3245 | ($5,003.75) |
| Purchase | 2/24/2020 | 1,514 | 39.1590 | $59,286.73 | Sale | 3/18/2020 | (2,501) | 8.8013 | ($22,012.05) |
| Purchase | 2/25/2020 | 2,767 | 36.8333 | $101,917.74 | Sale | 3/18/2020 | (2,721) | 8.3952 | ($22,843.34) |
| Purchase | 2/25/2020 | 1,426 | 35.8974 | $51,189.69 | Sale | 3/18/2020 | (2,730) | 9.5356 | ($26,032.19) |
| Purchase | 2/26/2020 | 1,630 | 33.1440 | $54,024.72 | Sale | 3/18/2020 | (2,726) | 8.7783 | ($23,929.65) |
| | | 33,286 | | $1,465,645.67 | | | (33,286) | | ($545,346.24) |

**LIFO Loss**  **($920,299.43)**

**Massachusetts Laborers' Annuity Fund**
LIFO Loss in Carnival Corp. (NYSE: CCL)
Class Period: 09/26/19 - 05/01/20
CUSIP: 143658300
Retained share price: $16.1803 (05/01/20 - 07/24/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/5/2019 | 618 | 44.1785 | $27,302.31 | | | | | |
| Purchase | 12/5/2019 | 530 | 43.9773 | $23,307.97 | | | | | |
| Purchase | 12/6/2019 | 1,192 | 44.8751 | $53,491.12 | | | | | |
| Purchase | 12/6/2019 | 945 | 44.8086 | $42,344.13 | | | | | |
| Purchase | 12/6/2019 | 178 | 44.9009 | $7,992.36 | | | | | |
| Purchase | 12/9/2019 | 1,314 | 45.3242 | $59,556.00 | | | | | |
| Purchase | 12/10/2019 | 975 | 45.2032 | $44,073.12 | | | | | |
| Purchase | 12/10/2019 | 201 | 45.2950 | $9,104.30 | | | | | |
| Purchase | 12/10/2019 | 154 | 45.3950 | $6,990.83 | | | | | |
| Purchase | 12/10/2019 | 537 | 45.2259 | $24,286.31 | | | | | |
| Purchase | 12/11/2019 | 1,275 | 45.7623 | $58,346.93 | | | | | |
| Purchase | 12/12/2019 | 2,467 | 46.7343 | $115,293.52 | | | | | |
| Purchase | 12/13/2019 | 5,637 | 47.4833 | $267,663.36 | | | | | |
| Purchase | 12/16/2019 | 747 | 46.9259 | $35,053.65 | | | | | |
| Purchase | 12/17/2019 | 346 | 46.9029 | $16,228.40 | | | | | |
| Purchase | 12/17/2019 | 107 | 46.9952 | $5,028.49 | | | | | |
| Purchase | 12/18/2019 | 918 | 46.8326 | $42,992.33 | | | | | |
| Purchase | 12/18/2019 | 3,616 | 46.8608 | $169,448.65 | | | | | |
| Purchase | 12/18/2019 | 519 | 46.7313 | $24,253.54 | | | | | |
| Purchase | 12/18/2019 | 1,202 | 46.8288 | $56,288.22 | | | | | |
| Purchase | 1/2/2020 | 197 | 50.9157 | $10,030.39 | | | | | |
| Purchase | 1/7/2020 | 114 | 48.4826 | $5,527.02 | | | | | |
| Purchase | 1/7/2020 | 130 | 48.4950 | $6,304.35 | | | | | |
| Purchase | 1/7/2020 | 709 | 48.4612 | $34,358.99 | | | | | |
| Purchase | 1/8/2020 | 290 | 48.4957 | $14,063.75 | | | | | |
| Purchase | 1/23/2020 | 352 | 48.3674 | $17,025.32 | | | | | |
| Purchase | 1/24/2020 | 106 | 47.2383 | $5,007.26 | Sale | 3/5/2020 | (5,537) | 28.4039 | ($157,272.39) |
| Purchase | 1/24/2020 | 1,031 | 47.7539 | $49,234.27 | Sale | 3/5/2020 | (177) | 29.1383 | ($5,157.48) |
| Purchase | 1/27/2020 | 339 | 45.6755 | $15,483.99 | Sale | 3/5/2020 | (1,869) | 29.0772 | ($54,345.29) |
| Purchase | 1/27/2020 | 1,108 | 45.6913 | $50,625.96 | Sale | 3/6/2020 | (979) | 27.2243 | ($26,652.59) |
| Purchase | 1/28/2020 | 1,801 | 46.4237 | $83,609.08 | Sale | 3/9/2020 | (660) | 22.0050 | ($14,523.30) |
| Purchase | 1/28/2020 | 374 | 46.4228 | $17,362.13 | Sale | 3/9/2020 | (1,248) | 22.6333 | ($28,246.36) |
| Purchase | 1/29/2020 | 108 | 46.3550 | $5,006.34 | Sale | 3/9/2020 | (6,541) | 22.2006 | ($145,214.12) |
| Purchase | 1/29/2020 | 323 | 46.4827 | $15,013.91 | Sale | 3/9/2020 | (309) | 23.4965 | ($7,260.42) |
| Purchase | 1/30/2020 | 1,650 | 44.9399 | $74,150.84 | Sale | 3/17/2020 | (406) | 12.6208 | ($5,124.04) |
| Purchase | 1/30/2020 | 955 | 44.6160 | $42,608.28 | Sale | 3/17/2020 | (621) | 12.3245 | ($7,653.51) |
| Purchase | 2/7/2020 | 1,454 | 42.5907 | $61,926.88 | Sale | 3/17/2020 | (11,405) | 12.8158 | ($146,164.20) |

**Massachusetts Laborers' Annuity Fund**
LIFO Loss in Carnival Corp. (NYSE: CCL)
Class Period: 09/26/19 - 05/01/20
CUSIP: 143658300
Retained share price: $16.1803 (05/01/20 - 07/24/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/7/2020 | 326 | 42.6960 | $13,918.90 | Sale | 3/17/2020 | (594) | 12.3500 | ($7,335.90) |
| Purchase | 2/24/2020 | 2,034 | 39.1590 | $79,649.41 | Sale | 3/18/2020 | (3,673) | 9.5356 | ($35,024.26) |
| Purchase | 2/25/2020 | 3,716 | 36.8333 | $136,872.54 | Sale | 3/18/2020 | (3,670) | 8.7783 | ($32,216.36) |
| Purchase | 2/25/2020 | 1,914 | 35.8974 | $68,707.62 | Sale | 3/18/2020 | (3,665) | 8.3952 | ($30,768.41) |
| Purchase | 2/26/2020 | 2,189 | 33.1440 | $72,552.22 | Sale | 3/18/2020 | (3,344) | 8.8013 | ($29,431.55) |
| | | 44,698 | | $1,968,084.97 | | | (44,698) | | ($732,390.16) |

**LIFO Loss** **($1,235,694.81)**