# EXHIBIT D

Pomerantz
Wire: GlobeNewswire, Inc. (PZM) Date: May 27 2020  17:21:21
Pomerantz Law Firm Announces the Filing of a Class Action against Carnival
Corporation and Certain Officers – CCL

Pomerantz Law Firm Announces the Filing of a Class Action against Carnival
Corporation and Certain Officers – CCL

NEW YORK, May 27, 2020 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a
class action lawsuit has been filed against Carnival Corporation ("Carnival"
or the "Company") (NYSE: CCL) and certain of its officers. The class action,
filed in United States District Court for the Southern District of Florida,
and docketed under 20-cv-22202, is on behalf of a class consisting of
investors who purchased or otherwise, acquired Carnival common stock and
securities between January 28, 2020, and May 1, 2020, inclusive (the "Class
Period"), seeking to pursue remedies against Carnival and certain of its
officers under the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased Carnival securities during the class
period, you have until July 27, 2020, to ask the Court to appoint you as Lead
Plaintiff for the class. A copy of the Complaint can be obtained at
www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at
rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext.
7980. Those who inquire by e-mail are encouraged to include their mailing
address, telephone number, and the number of shares purchased.

[Click here for information about joining the class action]

Carnival Corporation & Plc operates as a leisure travel company. The company's
ships visit approximately 700 ports under the Carnival Cruise Line, Princess
Cruises, Holland America Line, Seabourn, P&O Cruises (Australia), Costa
Cruises, AIDA Cruises, P&O Cruises (UK), and Cunard brand names. It also
provides vacations to various cruise destinations, as well as owns and
operates hotels, lodges, glass-domed railcars, and motor coaches. The company
sells its cruises primarily through travel agents and tour operators.

The Complaint alleges that throughout the Class Period, Defendants made
materially false and/or misleading statements, and/or failed to disclose
material adverse facts about the Company's business, operations, and
prospects. Specifically, Defendants failed to disclose to investors that: (1)
the Company's medics reported increasing events of COVID-19 illness on the
Company's ships; (2) Carnival had violated port of call regulations by
concealing the amount and severity of COVID-19 infections onboard its ships;
(3) in responding to the outbreak of COVID-19, Carnival failed to follow the
Company's health and safety protocols developed in the wake of other
communicable disease outbreaks; (4) by continuing to operate, Carnival ships
were responsible for continuing to spread COVID-19 at various ports throughout
the world; and (5) as a result of the foregoing, Defendants' positive
statements about the Company's business, operations, and prospects, were

Page 1

                              Pomerantz
materially misleading and/or lacked a reasonable basis.

On April 16, 2020,  when the Company still  had at sea two  (2) of its  cruise
ships, Bloomberg Businessweek published an article titled "Carnival Executives
Knew They Had a Virus Problem, But Kept the Party Going." In that article,  it
was revealed that Carnival  may have failed  to adequately protect  passengers
from COVID-19 on a series of  cruise voyages, and indeed continued to  operate
new cruise departures despite its knowledge that the threat posed by  COVID-19
had materialized on its ships and was likely to proliferate further.

On this news,  the Company's share  price fell  $0.53 per share  from a  prior
close of $12.38 per share to close at $11.85 per share on April 16, 2020.

Then, on May  1, 2020,  The Wall Street  Journal published  an article  titled
"Cruise Ships Set Sail Knowing the  Deadly Risk to Passengers and Crew."  That
article detailed how  cruise ships, particularly  Carnival ships,  facilitated
the spread of COVID-19, and provided new facts on early warning signs Carnival
and its  affiliated  cruise  lines  possessed  and  the  Company's  disclosure
failures. Further,  the  article  also  noted  that  The  House  Committee  on
Transportation  and  Infrastructure  had  requested  documents  from  Carnival
related "to  Covid-19  or other  infectious  disease outbreaks  aboard  cruise
ships" and that testimony from a separate investigation in Australia  revealed
that Carnival and its affiliated cruise lines may have misled shore  officials
by concealing those exhibiting COVID-19 symptoms before docking.

On this news,  the Company's share  price fell  $1.97 per share  from a  prior
close of $15.90 per share to close at $13.93 per share on May 1, 2020.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and  Paris
is acknowledged  as  one of  the  premier firms  in  the areas  of  corporate,
securities, and antitrust  class litigation.  Founded by the  late Abraham  L.
Pomerantz, known  as the  dean of  the class  action bar,  the Pomerantz  Firm
pioneered the field  of securities class  actions. Today, more  than 80  years
later, the Pomerantz Firm continues in the tradition he established,  fighting
for the rights of the victims of securities fraud, breaches of fiduciary duty,
and corporate misconduct. The Firm has recovered numerous  multimillion-dollar
damages awards on behalf of class members. See www.pomerantzlaw.com.

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com


-0- May/27/2020 21:21 GMT

---------------------------------===================---------------------------
                              Page  2

Pomerantz
Copyright (c) 2020

############################## END OF STORY 1 ##############################