# EXHIBIT F

                          Stull Stull & Brody
Wire: Business Wire (BUS) Date: Jul 23 2020  14:45:00
Stull Stull & Brody and TheGrantLawFirm File Action Against Carnival on Behalf of
Options Traders

   Stull Stull & Brody and TheGrantLawFirm File Action Against Carnival on
   Behalf of Options Traders

Business Wire

NEW YORK -- July 23, 2020

To: All Persons or entities who purchased call options or sold put options for
the securities of Carnival Corporation (NYSE: CCL), between January 28, 2020
and May 1, 2020, inclusive (the "Class", the "Class Period").

Stull Stull & Brody ("SSB") and TheGrantLawFirm, PLLC ("Grant Firm") commenced
a securities class action captioned Abraham Atachbarian v. Carnival
Corporation, et al., Case No. 20-23011, in the United States District Court
for the Southern District of Florida (the "Action"). A copy of the complaint
is available upon request.

The Action alleges that Carnival, Carnival PLC, and certain individual
defendants made a series of false and misleading statements and concealed
material information relating to the Company's adherence to its health and
safety protocols in the wake of the COVID-19 pandemic and its preparedness for
it, in order to "keep the party going" on its various cruises, and underplayed
the severity of the outbreak. As a result of these false and misleading
statements and omissions made throughout the Class Period, options for
Carnival's stock, including puts and calls, traded at inflated prices.

Specifically, the Complaint alleges that during the Class Period, Carnival
made statements that the risk of COVID-19 to its customers and crew was very
low, that is was committed to the safety of its guests and crew, and that it
had implemented enhanced policies and procedures to demonstrate that
commitment. In the meantime, Carnival was concealing the fact that its
policies and practices with respect to COVID-19 were woefully inadequate, that
it was continuing to pick up passengers and crew members and putting them at
risk as both passengers and crews on its ships were testing positive for the
virus, and it was allowing ill passengers to disembark at various ports of
call even though passengers had shown signs of illness while on the ship. It
further made misrepresentations to authorities at these ports of call.
Defendants' positive statements about the Company's business, operations, and
prospects, were materially misleading and/or lacked a reasonable basis.

If you suffered a loss arising from your purchase or sale of Carnival options
during the Class Period, you have until September 21, 2020, to file a motion
with the Court seeking appointment of lead of a class of options purchasers or
sellers. Your ability to share in any recovery does not require that you serve

                          Stull Stull & Brody
as a lead plaintiff.

If you have questions about this matter, please contact either Howard Longman
at Stull Stull & Brody, at 973- 994- 2315, or email at hlongman@ssbny.com or
Lynda J. Grant at 212-292-4441, or email at lgrant@grantfirm.com.

SSB has litigated class actions for the past 40 years and has recovered tens
of millions of dollars on behalf of defrauded shareholders and consumers.
Lynda J. Grant has been a New York Metro Super-Lawyer every year since 2014,
and has been representing shareholders and consumers for almost 40 years.
Prior results do not guarantee similar outcomes.

Attorney Advertising.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20200723005826/en/

Contact:

Stull Stull & Brody
Howard Longman
973- 994- 2315
hlongman@ssbny.com

Lynda J. Grant
212-292-4441
lgrant@grantfirm.com.

-0- Jul/23/2020 18:45 GMT

-------------------------------==================================-------------------------------
                          Copyright (c) 2020

############################# END OF STORY 1 #############################