**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE CARNIVAL CORP. SECURITIES LITIGATION | Case No. 1:20-cv-22202-KMM<br><br>CLASS ACTION |
| ABRAHAM ATACHBARIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION, CARNIVAL PLC, ARNOLD W. DONALD, DAVID BERNSTEIN, and MICKY ARISON,<br><br>Defendants. | Case No. 1:20-cv-23011-RNS<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING THE NEW ENGLAND CARPENTERS PENSION AND GUARANTEED ANNUITY FUNDS AND THE MASSACHUSETTS LABORERS' PENSION AND ANNUITY FUNDS AS LEAD PLAINTIFF, APPROVING THEIR SELECTION OF COUNSEL, AND CONSOLIDATING RELATED ACTIONS**

Upon consideration of: (1) the Motion filed by the New England Carpenters Pension and Guaranteed Annuity Funds ("New England Carpenters") and the Massachusetts Laborers' Pension and Annuity Funds ("Massachusetts Laborers") for appointment as Lead Plaintiff, approval of their selection of Counsel, and consolidation of related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Zachary S. Bower in support thereof; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.      New England Carpenters' and Massachusetts Laborers' Motion is **GRANTED**.

2.      New England Carpenters and Massachusetts Laborers are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraphs 4 and 5 of this Order.

3.      New England Carpenters' and Massachusetts Laborers' selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Kessler Topaz Meltzer & Check, LLP are **APPOINTED** as Lead Counsel for the Class, and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. is appointed as Liaison Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Atachbarian v. Carnival Corp.*, No. 1:20-cv-23011-RNS (S.D. Fla.), is consolidated with *In re Carnival Corp. Securities Litigation*, No. 1:20-cv-22202-KMM (S.D. Fla.) (collectively, the "Consolidated Action")

5.      Pursuant to Rule 42(a), any subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action shall be **CONSOLIDATED** for all purposes.

6.      This action shall be captioned "*In re Carnival Corp. Securities Litigation*" and the file shall be maintained under Master File No. 1:20-cv-22202-KMM.

**IT IS SO ORDERED**.

Dated: _____, 2020

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

2