**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE CARNIVAL CORP. SECURITIES LITIGATION | Case No. 1:20-cv-22202-KMM <br><br> CLASS ACTION |
| ABRAHAM ATACHBARIAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> CARNIVAL CORPORATION, CARNIVAL PLC, ARNOLD W. DONALD, DAVID BERNSTEIN, and MICKY ARISON, <br><br> Defendants. | Case No. 1:20-cv-23011-KMM <br><br> CLASS ACTION |

**MOTION OF ABRAHAM ATACHBARIAN FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**
**OF AN OPTIONS CLASS OR SUBCLASS**

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, before

the Honorable K. Michael Moore, at the United States District Court for the Southern District of

Florida, Wilkie D. Ferguson, Jr. United States Courthouse, located at 400 North Miami Avenue,

Room 13-1, Miami, Florida, Abraham Atachbarian ("Mr. Atachbarian") will respectfully move

this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §

78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the

"PSLRA"), for the entry of an Order: (i) appointing Mr. Atachbarian as Lead Plaintiff of an

Options Class or Subclass (as defined in the accompanying memorandum of law); (ii) approving

his selection of Stull, Stull & Brody ("SSB") as Lead Counsel of an Options Class or subclass;

(iii) Consolidating the Atachbarian Action with the Consolidated Action; and (iv) granting such

other relief as the Court may deem just and proper.

This Motion is made on the grounds that Mr. Atachbarian believes he is the "most adequate plaintiff" of an Options Class or Subclass under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Mr. Atachbarian believes that he has the "largest financial interest" in the relief sought by an Option Class or Subclass in this action by virtue of, among other things, the approximately $91,737 he incurred selling put options and purchasing call options on Carnival Corporation stock between September 26, 2019 and May 1, 2020 or any longer class period pled in any constituent complaint filed before the Court.

Mr. Atachbarian believes that he otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Options Class or Subclass members' claims and because he will fairly and adequately represent the interests of an Options Class or Subclass. Mr. Atachbarian is an experienced options trader who specializes in trading options on cruise line company stocks and has a substantial financial interest in the best possible outcome for an Options Class or Subclass in this litigation.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Howard T. Longman and the exhibits annexed thereto, the prior pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Atachbarian respectfully requests that the Court: (i) appoint Mr. Atachbarian as a Lead Plaintiff of an Options Class or Subclass; (ii) approve his selection of SSB as Lead Counsel of an Options Class or Subclass; (iii) consolidate all related securities class actions pursuant to Rule 42(a); and (iv) grant such other relief as the Court may deem just and proper.

## CERTIFICATE REGARDING GOOD FAITH CONFERENCE

Pursuant to Local Civil Rule 7.1(a)(3), counsel for Mr. Atachbarian state that they were not able to confer with counsel for the opposing movants prior to filing the instant motion.  At this time there are no competing motions for appointment of Lead Plaintiff of the Options Class or Subclass pursuant to the PSLRA notice published in connection with the claims asserted on behalf of sellers and purchasers of options contracts on Carnival common stock.  Hence, there was no opposing party to confer with in advance of this motion.

Dated: September 21, 2020

Respectfully submitted,

By: _____

Joshua H. Eggnatz, Esq.
JEggnatz@JusticeEarned.com
EGGNATZ PASCUCCI, P.A.
7450 Griffin Road, Suite 230
Davie, FL 33314
Tel: (954) 889-3359
Fax: (954) 889-5913

*Local Counsel for Movant Abraham Atachbarian*

Howard T. Longman (Pro Hac Vice)
hlongman@ssbny.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

*Counsel for Movant Abraham Atachbarian and Proposed Lead Counsel for the Options Class*

3

Lynda J. Grant (Pro Hac Vice)
lgrant@grantfirm.com
THEGRANTLAWFIRM, PLLC
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (212) 292-4441
Fax: (212) 292-4442

***Counsel for Movant Abraham Atachbarian
and the Proposed Options Class***