# EXHIBIT A

```
                         01 - Rosen 5.27
```
Wire: Business Wire (BUS) Date: May 27 2020  18:33:00
EQUITY ALERT: ROSEN, NATIONAL TRIAL LAWYERS, Announces Filing of Securities Class
Action Lawsuit Against Carnival Corporation &

  EQUITY ALERT: ROSEN, NATIONAL TRIAL LAWYERS, Announces Filing of Securities
  Class Action Lawsuit Against Carnival Corporation & Plc; Encourages
  Investors with Losses in Excess of $100k to Contact the Firm  – CCL, CUK

Business Wire

NEW YORK -- May 27, 2020

Rosen Law Firm, a global investor rights law firm, announces the filing of a
class action lawsuit on behalf of purchasers of the securities of Carnival
Corporation & Plc (NYSE: CCL, CUK) between January 28, 2020 and May 1, 2020,
inclusive (the "Class Period"). The lawsuit seeks to recover damages for
Carnival investors under the federal securities laws.

To join the Carnival class action, go to
http://www.rosenlegal.com/cases-register-1854.html or call Phillip Kim, Esq.
toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com
for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS
CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY
RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND
DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL
FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants throughout the Class Period made false
and/or misleading statements and/or failed to disclose: (1) the Company's
medics had reported increasing events of COVID-19 illness on the Company's
ships; (2) Carnival had violated port of call regulations by concealing the
amount and severity of COVID-19 infections on board its ships; (3) in
responding to the outbreak of COVID-19, Carnival failed to follow the
Company's own health and safety protocols developed in the wake of other
communicable disease outbreaks; (4) by continuing to operate, Carnival ships
were responsible for continuing to spread COVID-19 at various ports throughout
the world; and (5) as a result of the foregoing, defendants' positive
statements about the Company's business, operations, and prospects, were
materially misleading and/or lacked a reasonable basis. When the true details
entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead
plaintiff, you must move the Court no later than July 27, 2020. A lead
plaintiff is a representative party acting on behalf of other class members in
directing the litigation. If you wish to join the litigation, go to
http://www.rosenlegal.com/cases-register-1854.html or to discuss your rights

01 - Rosen 5.27

or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Rosen Law Firm has secured hundreds of millions of dollars for investors. Attorney Advertising. Prior results do not guarantee a similar outcome.

View source version on businesswire.com: https://www.businesswire.com/news/home/20200527005941/en/

Contact:

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
cases@rosenlegal.com
www.rosenlegal.com

-0- May/27/2020 22:33 GMT

----------------------------================================-----------------------------
Copyright (c) 2020

############################# END OF STORY 1 #############################

```
                     02 - Bernstein Liebhard 5.28
Wire: Business Wire (BUS) Date: May 28 2020  22:00:00
CCL INVESTOR ALERT: Bernstein Liebhard Announces that a Securities Class Action
Lawsuit has been Filed Against Carnival
```

  CCL INVESTOR ALERT: Bernstein Liebhard Announces that a Securities Class
  Action Lawsuit has been Filed Against Carnival Corporation

Business Wire

NEW YORK -- May 28, 2020

Bernstein Liebhard, a nationally acclaimed investor rights law firm, announces that a securities class action has been filed on behalf of investors that purchased or acquired the securities of Carnival Corporation ("Carnival" or the "Company") (NYSE:CCL) between January 28, 2020 and May 1, 2020 (the "Class Period"). The lawsuit filed in the United States District Court for the Southern District of Florida alleges violations of the Securities Exchange Act of 1934.

If you purchased Carnival securities, and/or would like to discuss your legal rights and options please visit Carnival Shareholder Class Action or contact Matthew E. Guarnero toll free at (877) 779-1414 or MGuarnero@bernlieb.com.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) the Company's medics reported increasing events of COVID-19 illness on the Company's ships; (2) Carnival had violated port of call regulations by concealing the amount and severity of COVID-19 infections onboard its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

On April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further. On this news, the Company's share price fell $0.53 per share from a prior close of $12.38 per share to close at $11.85 per share on April 16, 2020.

02 - Bernstein Liebhard 5.28

Then, on May 1, 2020, The Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking. On this news, the Company's share price fell $1.97 per share from a prior close of $15.90 per share to close at $13.93 per share on May 1, 2020.

If you purchased Carnival securities, and/or would like to discuss your legal rights and options please visit https://www.bernlieb.com/cases/carnivalcorporation-ccl-shareholder-class-action-laws uit-stock-fraud-274/apply/ contact Matthew E. Guarnero toll free at (877) 779-1414 or MGuarnero@bernlieb.com.

If you wish to serve as lead plaintiff, you must move the Court no later than July 27, 2020. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. Your ability to share in any recovery doesn't require that you serve as lead plaintiff. If you choose to take no action, you may remain an absent class member.

Since 1993, Bernstein Liebhard LLP has recovered over $3.5 billion for its clients. In addition to representing individual investors, the Firm has been retained by some of the largest public and private pension funds in the country to monitor their assets and pursue litigation on their behalf. As a result of its success litigating hundreds of lawsuits and class actions, the Firm has been named to The National Law Journal's "Plaintiffs' Hot List" thirteen times and listed in The Legal 500 for ten consecutive years.

ATTORNEY ADVERTISING. © 2020 Bernstein Liebhard LLP. The law firm responsible for this advertisement is Bernstein Liebhard LLP, 10 East 40th Street, New York, New York 10016, (212) 779-1414. The lawyer responsible for this advertisement in the State of Connecticut is Michael S. Bigin. Prior results do not guarantee or predict a similar outcome with respect to any future matter.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20200528005903/en/

Contact:

Matthew E. Guarnero

                    02 - Bernstein Liebhard 5.28

Bernstein Liebhard LLP
https://www.bernlieb.com
(877) 779-1414
MGuarnero@bernlieb.com

-0- May/29/2020 02:00 GMT

--------------------------------==================------------------------------
                    Copyright (c) 2020

############################## END OF STORY 1 ##############################

```
                    03 - Scott+Scott 6.2
Wire: Market News Publishing (CMN) Date: Jun 2 2020  11:42:03
CCL US: Alerts Investors to Securities Class Action Against Ca
```

CARNIVAL CORP ("CCL-N")
- Alerts Investors to Securities Class Action Against Carnival
- Corporation (CCL)

Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, announces the filing of a class action lawsuit against Carnival Corporation ("Carnival" or the "Company") (NYSE: CCL) and certain of its officers and directors (collectively, "Defendants") alleging violations of federal securities laws.  If you purchased Carnival securities between January 28, 2020 and May 1, 2020, inclusive (the "Class Period"), you are encouraged to contact Scott+Scott attorney Joe Pettigrew for additional information at (844) 818-6982 or jpettigrew@scott-scott.com.

Carnival is one of the world's largest leisure travel and cruise companies, with operations in North America, Australia, Europe, and Asia.

The Complaint alleges that Carnival made materially false and/or misleading statements and/or failed to disclose that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

On April 16, 2020, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going," which, among other things: (1) revealed suspicion that the Company misled authorities about the extent of Carnival's COVID-19 outbreak; (2) highlighted an interview with Cindy Friedman, the head of CDC's cruise ship task force, who believes several of the Company's COVID-19-plagued cruise ships did not embark on their journeys until well after the Company knew it was risky to do so; and (3) revealed that Carnival "knew about the global situation much earlier than most," and before filing their last 10-K, which did not disclose the potential for COVID-19 to have any impact on Carnival's business.

On this news, Carnival's shares fell $0.53 to close at $11.85 on April 16, 2020, a 4% drop.

03 - Scott+Scott 6.2

On May 1, 2020, The Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew," which further detailed Carnival's knowledge of early warning signs, and ongoing investigations of Carnival's conduct and contribution to the proliferation of COVID-19 by various U.S. and foreign government agencies.

On this news, Carnival shares fell $1.97, to close at $13.93 on May 1, 2020, a drop of over 12%.

What You Can Do

If you purchased Carnival securities between January 28, 2020 and May 1, 2020, or if you have questions about this notice or your legal rights, you are encouraged to contact attorney Joe Pettigrew at (844) 818-6982 or jpettigrew@scott-scott.com.  The lead plaintiff deadline is July 27, 2020.

About Scott+Scott Attorneys at Law LLP

Scott+Scott has significant experience in prosecuting major securities, antitrust, and employee retirement plan actions throughout the United States.  The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Connecticut, California, and Ohio.

Attorney Advertising

Contact Information:

CONTACT:

Joe Pettigrew
Scott+Scott Attorneys at Law LLP
230 Park Avenue, 17th Floor, New York, NY 10169-1820
(844) 818-6982
jpettigrew@scott-scott.com


Tel   : 1-305-599-2600    CARNIVAL CORP
Email : rfrizzell@carnival.com
WWW   : http://www.carnivalcorp.com

_____
_____

04880808CTL2015301710-08412620200602

_____
  (c)2020 Market News Publishing Inc.  All rights reserved.

```
                              03 - Scott+Scott 6.2
  Toronto:(416)366-8881    Vancouver:(604)689-1101   Fax:(604)689-1106

 Provider ID: 04880808
 -0- Jun/02/2020 15:42 GMT

 ----------------------------=========================----------------------------
                              Copyright (c) 2020

 ############################## END OF STORY 1 ##############################
```

```
                          04 - Glancy 6.4
Wire: Business Wire (BUS) Date: Jun 4 2020  19:00:00
Glancy Prongay & Murray LLP Announces the Filing of a Securities Class Action on
Behalf of Carnival Corporation (CCL) Investors
```

  Glancy Prongay & Murray LLP Announces the Filing of a Securities Class
  Action on Behalf of Carnival Corporation (CCL) Investors

Business Wire

LOS ANGELES -- June 4, 2020

Glancy Prongay & Murray LLP ("GPM"), a national investors rights law firm, announces that a class action lawsuit has been filed on behalf of investors who purchased Carnival Corporation ("Carnival" or the "Company") (NYSE: CCL) securities between January 28, 2020 and May 01, 2020, inclusive (the "Class Period"). Carnival investors have until July 27, 2020 to file a lead plaintiff motion.

If you suffered a loss on your Carnival investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/carnival-corporation/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

On April 16, 2020, when the Company still had at sea two of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." The article stated that Carnival may have failed to effectively protect its passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, the Company's share price fell $0.53 per share, or over 4%, to close at $11.85 per share on April 16, 2020.

Then, on May 1, 2020, The Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." The article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a different investigation in Australia exposed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

04 - Glancy 6.4

On this news, the Company's share price fell $1.97 per share, or over 12%, to close at $13.93 per share, thereby injuring investors.

The complaint alleges that throughout the Class Period, defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) that Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) that in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) that as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased Carnival securities during the Class Period, you may move the Court no later than July 27, 2020 to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20200604005194/en/

Contact:

Glancy Prongay and Murray LLP, Los Angeles
Charles Linehan, 310-201-9150 or 888-773-9224
www.glancylaw.com
shareholders@glancylaw.com

-0- Jun/04/2020 23:00 GMT

------------------------------=====================------------------------------
Copyright (c) 2020

Page 2

04 - Glancy 6.4

############################## END OF STORY 1 ##############################

```
                         05 - Bronstein Gewirtz 6.8
Wire: Market News Publishing (CMN) Date: Jun 8 2020  13:20:04
CCL US: CCL; CUK Shareholder Alert: Bronstein, Gewirtz & Gross
```

CARNIVAL CORP ("CCL,CUK-N")
- CCL; CUK Shareholder Alert: Bronstein, Gewirtz & Grossman, LLC
- Reminds Investors of Class Action Against Carnival Corporation &
- Plc and Encourages Investors to Contact the Firm

Bronstein, Gewirtz & Grossman, LLC notifies investors that a class action lawsuit has been filed against Carnival Corporation & Plc ("Carnival" or "the Company") (NYSE: CCL) (NYSE: CUK) and certain of its officers, on behalf of shareholders who purchased or otherwise acquired Carnival securities between January 28, 2020 through May 1, 2020, inclusive (the "Class Period"). Such investors are encouraged to join this case by visiting the firm's site: www.bgandg.com/ccl.

This class action seeks to recover damages against Defendants for alleged violations of the federal securities laws under the Securities Exchange Act of 1934.

The Complaint alleges that throughout the Class Period, Defendants made materially false and/or misleading statements and/or failed to disclose that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

A class action lawsuit has already been filed. If you wish to review a copy of the Complaint you can visit the firm's site: www.bgandg.com/ccl or you may contact Peretz Bronstein, Esq. or his Investor Relations Analyst, Yael Hurwitz of Bronstein, Gewirtz & Grossman, LLC at 212-697-6484. If you suffered a loss in Carnival you have until July 27, 2020 to request that the Court appoint you as lead plaintiff.  Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Bronstein, Gewirtz & Grossman, LLC is a corporate litigation boutique. Our primary expertise is the aggressive pursuit of litigation claims on behalf of our clients.  In addition to representing institutions and other investor plaintiffs in class action security litigation, the firm's expertise includes general corporate and commercial litigation, as well as securities arbitration.   Attorney advertising. Prior results do not

```
                            05 - Bronstein Gewirtz 6.8
guarantee similar outcomes.

     Contact:

     Bronstein, Gewirtz & Grossman, LLC
Peretz Bronstein or Yael Hurwitz
212-697-6484 | info@bgandg.com

     To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/57412


                    _____
              _____


     04887357CTL2015901997-10194820200608


_____
     (c)2020 Market News Publishing Inc.  All rights reserved.
 Toronto:(416)366-8881    Vancouver:(604)689-1101    Fax:(604)689-1106

Provider ID: 04887357
-0- Jun/08/2020 17:20 GMT

---------------------------===========================---------------------------
                            Copyright (c) 2020

############################## END OF STORY 1 ##############################
```

```
                              06 - Glancy 6.10
```
Wire: Business Wire (BUS) Date: Jun 10 2020  11:30:00
Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action
Lawsuit Against Carnival Corporation (CCL)

   Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class
   Action Lawsuit Against Carnival Corporation (CCL)

Business Wire

LOS ANGELES -- June 10, 2020

Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming July 27,
2020 deadline to file a lead plaintiff motion in the class action filed on
behalf of Carnival Corporation ("Carnival" or the "Company") (NYSE: CCL)
investors who purchased securities between January 28, 2020 and May 1, 2020,
inclusive (the "Class Period").

If you suffered a loss on your Carnival investments or would like to inquire
about potentially pursuing claims to recover your loss under the federal
securities laws, you can submit your contact information at
https://www.glancylaw.com/cases/carnival-corporation/. You can also contact
Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via
email at shareholders@glancylaw.com to learn more about your rights.

On April 16, 2020, when the Company still had at sea two of its cruise ships,
Bloomberg Businessweek published an article titled "Carnival Executives Knew
They Had a Virus Problem, But Kept the Party Going." The article stated that
Carnival may have failed to effectively protect its passengers from COVID-19
on a series of cruise voyages, and indeed continued to operate new cruise
departures despite its knowledge that the threat posed by COVID-19 had
materialized on its ships and was likely to proliferate further.

On this news, the Company's share price fell $0.53 per share, or over 4%, to
close at $11.85 per share on April 16, 2020.

Then, on May 1, 2020, The Wall Street Journal published an article titled
"Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." The
article detailed how cruise ships, particularly Carnival ships, facilitated
the spread of COVID-19, and provided new facts on early warning signs Carnival
and its affiliated cruise lines possessed and the Company's disclosure
failures. Further, the article also noted that The House Committee on
Transportation and Infrastructure had requested documents from Carnival
related "to Covid-19 or other infectious disease outbreaks aboard cruise
ships" and that testimony from a different investigation in Australia exposed
that Carnival and its affiliated cruise lines may have misled shore officials
by concealing those exhibiting COVID-19 symptoms before docking.

On this news, the Company's share price fell $1.97 per share, or over 12%, to

```
                              06 - Glancy 6.10
```
close at $13.93 per share, thereby injuring investors.

The complaint alleges that throughout the Class Period, defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) that Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) that in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) that as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Carnival securities during the Class Period, you may move the Court no later than July 27, 2020 to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20200610005102/en/

Contact:

Glancy Prongay & Murray LLP, Los Angeles
Charles Linehan, 310-201-9150 or 888-773-9224
shareholders@glancylaw.com
www.glancylaw.com

-0- Jun/10/2020 15:30 GMT

```
--------------------------------========================----------------------------
                              Copyright (c) 2020
```

06 - Glancy 6.10

############################## END OF STORY 1 ##############################

```
                              07 - LK 6.12
Wire: Newsfile (NFI) Date: Jun 12 2020  11:39:14
```
SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders of Carnival Corporation & Plc of a Class Action Lawsuit and a Le

New York, New York--(Newsfile Corp. - June 12, 2020) - The following statement is being issued by Levi & Korsinsky, LLP:

To: All persons or entities who purchased or otherwise acquired securities of Carnival Corporation & Plc (NYSE: CCL) ("Carnival") between September 26, 2019 and May 1, 2020. You are hereby notified that a securities class action lawsuit has been commenced in the the United States District Court for the Southern District of Florida. To get more information go to:

https://www.zlk.com/pslra-1/carnival-corporation-loss-submission-form?prid=7320&wire=5

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. There is no cost or obligation to you.

Cannot view this image? Visit:
https://orders.newsfilecorp.com/files/7091/57787_278802_logo.jpg

The complaint alleges that throughout the class period Defendants issued materially false and/or misleading statements and/or failed to disclose that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

If you suffered a loss in Carnival you have until July 27, 2020 to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a nationally recognized firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

CONTACT:
Levi & Korsinsky, LLP

```
                                    07 - LK 6.12
```

Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com

To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/57787

(c) Copyright Newsfile Corp. 2020

-0- Jun/12/2020 15:39 GMT

```
------------------------------========================------------------------------
                              Copyright (c) 2020
```

############################## END OF STORY 1 ##############################

```
                              08 - Rosen 6.22
Wire: PR Newswire (PRN) Date: Jun 22 2020  19:10:02
ROSEN, A LEADING NATIONAL FIRM, Reminds Carnival Corporation & Plc Investors of
Important July 27 Deadline in Securities Class
```

ROSEN, A LEADING NATIONAL FIRM, Reminds Carnival Corporation & Plc Investors
of Important July 27 Deadline in Securities Class Action - CCL, CUK

PR Newswire

NEW YORK, June 22, 2020

NEW YORK, June 22, 2020 /PRNewswire/ -- Rosen Law Firm, a global investor
rights law firm, reminds purchasers of the securities of Carnival Corporation
& Plc (NYSE: CCL, CUK) between January 28, 2020 and May 1, 2020, inclusive
(the "Class Period") of the important July 27, 2020 deadline in the securities
class action. The lawsuit seeks to recover damages for Carnival investors
under the federal securities laws.

Rosen Law Firm, P.A. Logo

To join the Carnival class action, go to
http://www.rosenlegal.com/cases-register-1854.html or call Phillip Kim, Esq.
toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com
for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS
CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY
RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND
DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL
FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants throughout the Class Period made false
and/or misleading statements and/or failed to disclose: (1) the Company's
medics had reported increasing events of COVID-19 illness on the Company's
ships; (2) Carnival had violated port of call regulations by concealing the
number of and severity of COVID-19 infections on board its ships; (3) in
responding to the outbreak of COVID-19, Carnival failed to follow the
Company's own health and safety protocols developed in the wake of other
communicable disease outbreaks; (4) by continuing to operate, Carnival ships
were responsible for continuing to spread COVID-19 at various ports throughout
the world; and (5) as a result of the foregoing, defendants' positive
statements about the Company's business, operations, and prospects, were
materially misleading and/or lacked a reasonable basis. When the true details
entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead
plaintiff, you must move the Court no later than July 27, 2020. A lead
plaintiff is a representative party acting on behalf of other class members in

08 - Rosen 6.22

directing the litigation. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-register-1854.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Rosen Law Firm has secured hundreds of millions of dollars for investors. Attorney Advertising. Prior results do not guarantee a similar outcome.

Contact Information:

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
cases@rosenlegal.com
www.rosenlegal.com


Cision View original content to download multimedia:http://www.prnewswire.com/news-releases/rosen-a-leading-national-firm-reminds-carnival-corporation--plc-investors-of-important-july-27-deadline-in-securities-class-action--ccl-cuk-301081444.html

SOURCE Rosen Law Firm, P.A.

Website: http://www.rosenlegal.com
-0- Jun/22/2020 23:10 GMT

-------------------------------==========================-----------------------------
                        Copyright (c) 2020

08 - Rosen 6.22

############################### END OF STORY 1 ###############################

                         09 - LK 7.13
Wire: Market News Publishing (CMN) Date: Jul 13 2020  8:32:03
CCL US: SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shar

CARNIVAL CORP & PLC ("CCL-N")
- SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders
- of Carnival Corporation & Plc of a Class Action Lawsuit and a
- Lead Plaintiff Deadline of July 27, 2020 - CCL

     The following statement is being issued by Levi & Korsinsky,
LLP:

     To: All persons or entities who purchased or otherwise
acquired securities of Carnival Corporation & Plc ("Carnival")
(NYSE: CCL) between September 26, 2019 and May 1, 2020. You are
hereby notified that a securities class action lawsuit has been
commenced in the the United States District Court for the
Southern District of Florida. To get more information go to:\
https://www.zlk.com/pslra-1/carnival-corporation-loss-submission-
form?prid=7911&wire=5 or contact Joseph E. Levi, Esq. either via
email at jlevi@levikorsinsky.com or by telephone at (212)
363-7500. There is no cost or obligation to you.

     The complaint alleges that throughout the class period
Defendants issued materially false and/or misleading statements
and/or failed to disclose that: (1) the Company's medics were
reporting increasing events of COVID-19 illness on the Company's
ships; (2) Carnival was violating port of call regulations by
concealing the amount and severity of COVID-19 infections on
board its ships; (3) in responding to the outbreak of COVID-19,
Carnival failed to follow the Company's own health and safety
protocols developed in the wake of other communicable disease
outbreaks; (4) by continuing to operate, Carnival ships were
responsible for continuing to spread COVID-19 at various ports
throughout the world; and (5) as a result of the foregoing,
Defendants' positive statements about the Company's business,
operations, and prospects, were materially misleading and/or
lacked a reasonable basis.

     If you suffered a loss in Carnival you have until July 27,
2020 to request that the Court appoint you as lead plaintiff.
Your ability to share in any recovery doesn't require that you
serve as a lead plaintiff.

     Levi & Korsinsky is a nationally recognized firm with
offices in New York, California, Connecticut, and Washington D.C.
The firm's attorneys have extensive expertise and experience
representing investors in securities litigation and have
recovered hundreds of millions of dollars for aggrieved

```
                               09 - LK 7.13
shareholders. Attorney advertising. Prior results do not
guarantee similar outcomes.

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com

                    _____
            _____


     04911964CTL2019400609-05295120200713


     _____
        (c)2020 Market News Publishing Inc.  All rights reserved.
   Toronto:(416)366-8881    Vancouver:(604)689-1101    Fax:(604)689-1106

Provider ID: 04911964
-0- Jul/13/2020 12:32 GMT

-------------------------------===============================------------------------------
                         Copyright (c) 2020

############################## END OF STORY 1 ##############################
```

```
                         10 - Rosen 7.27
Wire: Market News Publishing (CMN) Date: Jul 27 2020  9:17:05
CCL US: FINAL DEADLINE TODAY: ROSEN, TRUSTED NATIONAL TRIAL CO
```

CARNIVAL CORP ("CCL-N")
- FINAL DEADLINE TODAY: ROSEN, TRUSTED NATIONAL TRIAL COUNSEL,
- Reminds Carnival Corporation & Plc Investors of Important July
- 27 Deadline in Securities Class Action - CCL, CUK

Rosen Law Firm, a global investor rights law firm, reminds purchasers of the securities of Carnival Corporation & Plc (NYSE: CCL, CUK) between September 26, 2019 and April 30, 2020, inclusive (the "Class Period") of the important July 27, 2020 deadline in the securities class action. The lawsuit seeks to recover damages for Carnival investors under the federal securities laws.

To join the Carnival class action, go to http://www.rosenlegal.com/cases-register-1854.html or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose: (1) the Company's medics had reported increasing events of COVID-19 illness on the Company's ships; (2) Carnival had violated port of call regulations by concealing the number of and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than

10 - Rosen 7.27

July 27, 2020. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-register-1854.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No.1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013.  Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors. Attorney Advertising. Prior results do not guarantee a similar outcome.

Contact:
      Laurence Rosen, Esq.
       Phillip Kim, Esq.
       The Rosen Law Firm, P.A.
       275 Madison Avenue, 40th Floor
       New York, NY 10016
       Tel: (212) 686-1060
       Toll Free: (866) 767-3653
       Fax: (212) 202-3827
       lrosen@rosenlegal.com
       pkim@rosenlegal.com
       cases@rosenlegal.com
       www.rosenlegal.com

Tel   : 1-305-599-2600    CARNIVAL CORP
Email : rfrizzell@carnival.com
WWW   : http://www.carnivalcorp.com

_____
_____

04923205CTL2020801125-06162820200727

10 - Rosen 7.27

_____
     (c)2020 Market News Publishing Inc.  All rights reserved.
 Toronto:(416)366-8881   Vancouver:(604)689-1101   Fax:(604)689-1106

Provider ID: 04923205
-0- Jul/27/2020 13:17 GMT

```
-------------------------------==================------------------------------
                              Copyright (c) 2020
```

############################ END OF STORY 1 ############################