# EXHIBIT B

Faruqi 5.28

Wire: GlobeNewswire, Inc. (PZM) Date: May 28 2020 13:59:22
CARNIVAL DEADLINE ALERT: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corporation

CARNIVAL DEADLINE ALERT: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corporation & Plc To Contact The Firm

NEW YORK, May 28, 2020 (GLOBE NEWSWIRE) -- Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation & Plc ("Carnival" or the "Company") (NYSE:CCL) of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al., No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of

the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had two of its cruise ships at sea, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, 2020 to $11.85 per share on April 16, 2020—a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, 2020 to $13.93 per share on May 1, 2020—a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the

opportunity to discuss your particular case. All communications will be treated in a confidential manner.

Faruqi & Faruqi LLP Logo

-0- May/28/2020 17:59 GMT

------------------------------=====================------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 6.4

Wire: Newsfile (NFI) Date: Jun 4 2020 13:22:02

Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 in Carnival Corporatio

New York, New York--(Newsfile Corp. - June 4, 2020) - Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation (NYSE: CCL) ("Carnival" or the "Company") of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Cannot view this image? Visit:
https://orders.newsfilecorp.com/files/6455/57220_6c998b18e49b58c3_001full.jpg

Faruqi & Faruqi logo

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to

spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the

opportunity to discuss your particular case. All communications will be treated in a confidential manner.

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/57220

(c) Copyright Newsfile Corp. 2020

-0- Jun/04/2020 17:22 GMT

--------------------------------------------------------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 6.6

Wire: Newsfile (NFI) Date: Jun 6 2020 16:18:02

Carnival Shareholder Alert: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corpora

New York, New York--(Newsfile Corp. - June 6, 2020) - Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation (NYSE: CCL) ("Carnival" or the "Company") of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Cannot view this image? Visit:
https://orders.newsfilecorp.com/files/6455/57387_d6486a133464a996_001full.jpg

Faruqi & Faruqi logo

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to

spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the

opportunity to discuss your particular case. All communications will be treated in a confidential manner.

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/57387

(c) Copyright Newsfile Corp. 2020

-0- Jun/06/2020 20:18 GMT

-------------------------------------------------------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 6.11

Wire: Newsfile (NFI) Date: Jun 11 2020 10:37:03

Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corporatio

New York, New York--(Newsfile Corp. - June 11, 2020) - Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation (NYSE: CCL) ("Carnival" or the "Company") of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Cannot view this image? Visit: https://orders.newsfilecorp.com/files/6455/57634_d852a5d304bf38d7_001full.jpg

Faruqi & Faruqi Logo

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to

spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the

opportunity to discuss your particular case. All communications will be treated in a confidential manner.

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/57634

(c) Copyright Newsfile Corp. 2020

-0- Jun/11/2020 14:37 GMT

--------------------------------------------------------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 6.17

Wire: Newsfile (NFI) Date: Jun 17 2020 11:22:03

Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corporatio

New York, New York--(Newsfile Corp. - June 17, 2020) - Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation (NYSE: CCL) ("Carnival" or the "Company") of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Cannot view this image? Visit:
https://orders.newsfilecorp.com/files/6455/58010_f28166a9241a581d_001full.jpg

Faruqi & Faruqi logo

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to

spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the

opportunity to discuss your particular case. All communications will be treated in a confidential manner.

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/58010

(c) Copyright Newsfile Corp. 2020

-0- Jun/17/2020 15:22 GMT

-----------------------------------------------------------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 6.19

Wire: Newsfile (NFI) Date: Jun 19 2020 11:55:05

Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corporatio

New York, New York--(Newsfile Corp. - June 19, 2020) - Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation (NYSE: CCL) ("Carnival" or the "Company") of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Cannot view this image? Visit:
https://orders.newsfilecorp.com/files/6455/58183_78f87f7f94ecf860_001full.jpg

Faruqi & Faruqi logo

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to

spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the

opportunity to discuss your particular case. All communications will be treated in a confidential manner.

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/58183

(c) Copyright Newsfile Corp. 2020

-0- Jun/19/2020 15:55 GMT

-----------------------------------------------------------------------------------
Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 6.22

Wire: Newsfile (NFI) Date: Jun 22 2020 12:55:07

Carnival Shareholder Alert: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corpora

New York, New York--(Newsfile Corp. - June 22, 2020) - Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation (NYSE: CCL) ("Carnival" or the "Company") of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Cannot view this image? Visit:
https://orders.newsfilecorp.com/files/6455/58267_6862db7e24b4598f_001full.jpg

Faruqi & Faruqi Logo

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to

spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the

opportunity to discuss your particular case. All communications will be treated in a confidential manner.

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/58267

(c) Copyright Newsfile Corp. 2020

-0- Jun/22/2020 16:55 GMT

--------------------------------------------------------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 6.24

Wire: Market News Publishing (CMN) Date: Jun 24 2020 8:11:05
CCL US: Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourag

CARNIVAL CORP ("CCL-N")
- Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourages Investors
- Who Suffered Losses Exceeding $50,000 In Carnival Corporation & Plc
- To Contact The Firm

Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation (NYSE: CCL) ("Carnival" or the "Company") of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Faruqi & Faruqi Logo

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

Contact Information:

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding

to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding

Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/58380

---

04899800CTL2017501016-05094520200624

---

(c)2020 Market News Publishing Inc. All rights reserved.

Toronto:(416)366-8881 Vancouver:(604)689-1101 Fax:(604)689-1106

Provider ID: 04899800

-0- Jun/24/2020 12:11 GMT

------------------------------===================------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 6.26

Wire: Newsfile (NFI) Date: Jun 26 2020 9:58:02

Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corporatio

New York, New York--(Newsfile Corp. - June 26, 2020) - Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation (NYSE: CCL) ("Carnival" or the "Company") of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Cannot view this image? Visit:
https://orders.newsfilecorp.com/files/6455/58594_97edb1e094669a21_001full.jpg

Faruqi & Faruqi logo

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to

spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the

opportunity to discuss your particular case. All communications will be treated in a confidential manner.

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/58594

(c) Copyright Newsfile Corp. 2020

-0- Jun/26/2020 13:58 GMT

--------------------------------------------------------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 6.29

Wire: Newsfile (NFI) Date: Jun 29 2020 9:08:02

Carnival Shareholder Notice: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corpor

New York, New York--(Newsfile Corp. - June 29, 2020) - Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation ("Carnival" or the "Company") (NYSE: CCL) of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Cannot view this image? Visit:
https://orders.newsfilecorp.com/files/6455/58707_1fe0f6b01470093b_001full.jpg

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business,

operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

Faruqi 6.29

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/58707

(c) Copyright Newsfile Corp. 2020

-0- Jun/29/2020 13:08 GMT

-----------------------------------------------------------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 7.1

Wire: Newsfile (NFI) Date: Jul 1 2020 9:33:02

Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corporatio

New York, New York--(Newsfile Corp. - July 1, 2020) - Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation ("Carnival" or the "Company") (NYSE: CCL) of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Cannot view this image? Visit:
https://orders.newsfilecorp.com/files/6455/58942_a403ee24142cfbfd_001full.jpg

Faruqi & Faruqi Logo

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to

spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the

opportunity to discuss your particular case. All communications will be treated in a confidential manner.

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/58942

(c) Copyright Newsfile Corp. 2020

-0- Jul/01/2020 13:33 GMT

------------------------------=====================------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 7.3

Wire: Newsfile (NFI) Date: Jul 3 2020 9:34:02

Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corporatio

New York, New York--(Newsfile Corp. - July 3, 2020) - Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation ("Carnival" or the "Company") (NYSE:CCL) of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Cannot view this image? Visit: https://orders.newsfilecorp.com/files/6455/59078_3d42df6944e718cf_001full.jpg

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business,

operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

Faruqi 7.3

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/59078

(c) Copyright Newsfile Corp. 2020

-0- Jul/03/2020 13:34 GMT

------------------------------====================--------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 7.8

Wire: Newsfile (NFI) Date: Jul 8 2020 8:44:02

Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corporatio

New York, New York--(Newsfile Corp. - July 8, 2020) - Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation ("Carnival" or the "Company") (NYSE: CCL) of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Cannot view this image? Visit:
https://orders.newsfilecorp.com/files/6455/59309_111eb46a14a2eab1_001full.jpg

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business,

operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/59309

(c) Copyright Newsfile Corp. 2020

-0- Jul/08/2020 12:44 GMT

------------------------------------------------------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 7.13

Wire: Market News Publishing (CMN) Date: Jul 13 2020 8:47:03
CCL US: Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourag

CARNIVAL CORPORATION ("CCL-N")
- Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourages
- Investors Who Suffered Losses Exceeding $50,000 In Carnival
- Corporation & Plc To Contact The Firm

Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation ("Carnival" or the "Company") (NYSE:CCL) of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

Contact Information:

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable

disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Faruqi 7.13

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

---

04912019CTL2019400751-05444920200713

---

(c)2020 Market News Publishing Inc. All rights reserved.
Toronto:(416)366-8881 Vancouver:(604)689-1101 Fax:(604)689-1106

Provider ID: 04912019
-0- Jul/13/2020 12:47 GMT

-----------------------------------------------------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 7.17

Wire: Newsfile (NFI) Date: Jul 17 2020 10:52:02

Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 In Carnival Corporatio

New York, New York--(Newsfile Corp. - July 17, 2020) - Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation ("Carnival" or the "Company") (NYSE:CCL) of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

Cannot view this image? Visit:
https://orders.newsfilecorp.com/files/6455/59974_5c40830d44af387d_001full.jpg

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business,

operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

Faruqi 7.17

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/59974

(c) Copyright Newsfile Corp. 2020

-0- Jul/17/2020 14:52 GMT

------------------------------=====================-------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################

Faruqi 7.22

Wire: Market News Publishing (CMN) Date: Jul 22 2020 13:17:11
CCL US: Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourag

CARNIVAL CORPORATION & PLC ("CCL-N")
- Carnival Deadline Alert: Faruqi & Faruqi, LLP Encourages Investors
- Who Suffered Losses Exceeding $50,000 In Carnival Corporation & Plc
- To Contact The Firm

Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Carnival Corporation ("Carnival" or the "Company") of the July 27, 2020 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

If you invested in Carnival stock or options between January 28, 2020 and May 1, 2020 and would like to discuss your legal rights, click here: www.faruqilaw.com/CCL. There is no cost or obligation to you.

You can also contact us by calling Richard Gonnello toll free at 877-247-4292 or at 212-983-9330 or by sending an e-mail to rgonnello@faruqilaw.com.

Contact Information:

CONTACT:
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Attn: Richard Gonnello, Esq.
rgonnello@faruqilaw.com
Telephone: (877) 247-4292 or (212) 983-9330

The lawsuit has been filed in the U.S. District Court for the Southern District of Florida on behalf of all those who purchased Carnival securities between January 28, 2020 and May 1, 2020 (the "Class Period"). The case, Service Lamp Corporation Profit Sharing Plan v. Carnival Corporation et al, No. 1:20-cv-22202 was filed on May 27, 2020, and has been assigned to Judge K. Michael Moore.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by making materially false and/or misleading statements, and/or failing to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's medics were reporting increasing events of COVID-19 illness on the Company's ships; (2) Carnival was violating port of call regulations by concealing the amount and severity of COVID-19 infections on board its ships; (3) in responding to the outbreak of COVID-19, Carnival failed to follow the Company's own health and safety protocols developed in the wake of other communicable

disease outbreaks; (4) by continuing to operate, Carnival ships were responsible for continuing to spread COVID-19 at various ports throughout the world; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Specifically, on April 16, 2020, when the Company still had at sea two (2) of its cruise ships, Bloomberg Businessweek published an article titled "Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going." In that article, it was revealed that Carnival may have failed to adequately protect passengers from COVID-19 on a series of cruise voyages, and indeed continued to operate new cruise departures despite its knowledge that the threat posed by COVID-19 had materialized on its ships and was likely to proliferate further.

On this news, Carnival's stock fell from a closing price of $12.38 per share on April 15, 2020, to $11.85 per share on April 16, 2020-a $0.53 or 4.28% drop.

Then, on May 1, 2020, the Wall Street Journal published an article titled "Cruise Ships Set Sail Knowing the Deadly Risk to Passengers and Crew." That article detailed how cruise ships, particularly Carnival ships, facilitated the spread of COVID-19, and provided new facts on early warning signs Carnival and its affiliated cruise lines possessed and the Company's disclosure failures. Further, the article also noted that The House Committee on Transportation and Infrastructure had requested documents from Carnival related "to Covid-19 or other infectious disease outbreaks aboard cruise ships" and that testimony from a separate investigation in Australia revealed that Carnival and its affiliated cruise lines may have misled shore officials by concealing those exhibiting COVID-19 symptoms before docking.

On this news, Carnival's stock fell from a closing price of $15.90 per share on April 30, 2020, to $13.93 per share on May 1, 2020-a $1.97 or 12.39% drop.

The court-appointed lead plaintiff is the investor with the largest financial interest in the relief sought by the class who is adequate and typical of class members who directs and oversees the litigation on behalf of the putative class. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. Your ability to share in any recovery is not affected by the decision to serve as a lead plaintiff or not.

Faruqi & Faruqi, LLP also encourages anyone with information regarding Carnival's conduct to contact the firm, including whistleblowers, former employees, shareholders and others.

Attorney Advertising. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We welcome the opportunity to discuss your particular case. All communications will be treated in a confidential manner.

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/60236

04917919CTL2020302550-10134620200722

(c)2020 Market News Publishing Inc. All rights reserved.
Toronto:(416)366-8881 Vancouver:(604)689-1101 Fax:(604)689-1106

Provider ID: 04917919
-0- Jul/22/2020 17:17 GMT

------------------------------=====================------------------------------

Copyright (c) 2020

################################ END OF STORY 1 ##############################