**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE CARNIVAL CORP. SECURITIES LITIGATION | Case No. 1:20-cv-22202-KMM |
| | CLASS ACTION |
| ABRAHAM ATACHBARIAN, individually and on behalf of all others similarly situated, | Case No. 1:20-cv-23011-KMM |
| Plaintiff, | CLASS ACTION |
| v. | |
| CARNIVAL CORPORATION, CARNIVAL PLC, ARNOLD W. DONALD, DAVID BERNSTEIN, and MICKY ARISON, | |
| Defendants. | |

**DECLARATION OF ZACHARY S. BOWER IN SUPPORT OF THE NEW ENGLAND CARPENTERS PENSION AND GUARANTEED ANNUITY FUNDS' AND THE MASSACHUSETTS LABORERS' PENSION AND ANNUITY FUNDS' MEMORANDUM OF LAW IN OPPOSITION TO ABRAHAM ATACHBARIAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL OF AN OPTIONS CLASS OR SUBCLASS**

I, Zachary S. Bower, hereby declare as follows:

1.      I am a member in good standing of the bars of the State of Florida and of this Court. I am a partner at the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.  I make this declaration in support of the New England Carpenters Pension and Guaranteed Annuity Funds' and the Massachusetts Laborers' Pension and Annuity Funds' memorandum of law in opposition to Abraham Atachbarian's motion for appointment as Lead Plaintiff and approval of Lead Counsel on behalf of an options class or subclass.

2.      Attached as Exhibit A are true and correct copies of ten representative notices (out of the over 90 notices published between May 27, 2020 and July 27, 2020), alerting investors in Carnival "securities" of the July 27, 2020 Lead Plaintiff deadline.

3.      Attached as Exhibit B are true and correct copies of the notices published between May 28, 2020 and July 22, 2020, alerting investors in "Carnival stock or options" of the July 27, 2020 Lead Plaintiff deadline.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of October, 2020.

*/s/ Zachary S. Bower*   
Zachary S. Bower

1