# EXHIBIT A

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Michael W. Slaunwhite, hereby certify that, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the facts and allegations of the CONSOLIDATED CLASS ACTION COMPLAINT and authorize its filing.

2. I did not purchase the securities that are the subject of this action at the direction of my counsel or in order to participate in any action under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the Class, including giving testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the Class is not dependent upon execution of this Certification.

4. My transactions in Carnival Corporation and Carnival plc securities that are the subject of this action are attached in Schedule A. I have complete authority to bring a suit to recover for investment losses for all securities set forth in Schedule A.

5. During the three years prior to the date of this Certification, I sought to serve as a representative party on behalf of a class in the following action under the federal securities laws:

    *Oregon Laborers Employers Pension Trust Fund v. Maxar Technologies Inc., et al.,* No. 1:19-cv-00124-WJM-SKC (D. Colo.)

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 12/14/2020

*Michael Slaunwhite*
Michael W. Slaunwhite

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | Buy | 2/24/2020 | 5,000 | $38.00 |