**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE CARNIVAL CORP. SECURITIES LITIGATION | Master File No. 1:20-cv-22202-KMM<br><br>CLASS ACTION |

**JOINT [PROPOSED] ORDER STAYING COMPLIANCE**
**WITH CERTAIN PRETRIAL PROCEDURES AND OBLIGATIONS**

Upon the joint motion of the parties, IT IS ORDERED:

Because this case arises under the Private Securities Litigation Reform Act, all of the pretrial procedures and obligations set forth under Fed. R. Civ. P. 16 and 26(a) and (f), Local Rule 16.1B, this Court's Orders dated May 28, 2020 [ECF No. 4] and July 6, 2020 [ECF No. 10], and all other discovery and disclosure obligations, are stayed until this Court rules on the Motion to Dismiss filed by Defendants.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this _____ day of _____ 2021.

_____
HONORABLE K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record