**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| IN RE CARNIVAL CORP. SECURITIES LITIGATION | Master File No. 1:20-cv-22202-KMM <u>CLASS ACTION</u> **PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS** |

Lead Plaintiffs the New England Carpenters Pension and Guaranteed Annuity Funds and the Massachusetts Laborers' Pension and Annuity Funds and additional Named Plaintiff Michael W. Slaunwhite (collectively, "Plaintiffs") respectfully submit this Response to Defendants' Notice of Supplemental Authority In Support Of Their Motion To Dismiss (Dkt. 69) (the "Response").[1]

Defendants argue that the order granting the Motion to Dismiss in *Eric Douglas v. Norwegian Cruise Lines*, Civil Action No. 20-21107-Civ-Scola ("NCL") supports their arguments regarding falsity (*see* Dkt. 69 at 1) and scienter (*id.* at 2).  The NCL order is not relevant here because the theories, facts, and analyses of falsity and scienter are not comparable.

First, the alleged false and misleading statements in NCL are distinguishable.  In NCL, plaintiffs asserted that certain generalized statements over a three week class period concerning NCL's marketing program and sales figures were false due to NCL's alleged use of "one liner"

---

[1] Plaintiffs acknowledge that Local Rule 7.1(c) prohibits the filing of additional memoranda of law without prior leave of Court but with this Response seek to very briefly note the factual distinctions between Defendants' proffered authority and the instant action.

responses to be repeated to potential customers to tamp down concerns regarding COVID-19. By contrast, here, Plaintiffs allege Defendants made detailed, specific false and misleading statements regarding Carnival's compliance with health and safety standards, policies, and procedures, over a six month Class Period beginning before the emergence of COVID-19. Plaintiffs also allege that Defendants made detailed false and misleading statements about the "very low risk" COVID-19 posed to Carnival's passengers, crew, and business, and specific measures the Company had taken to prevent or contain COVID-19 outbreaks aboard its ships. *See, e.g.,* Dkt. 52 ¶¶209-10; 218; 221-23; 239-40; and 251-52.   In further contrast to NCL, Plaintiffs allege, based on the allegations of contemporaneous, non-public facts known within Carnival during the Class Period, that these statements were materially false and misleading. The Company's response to outbreaks of COVID-19 on its ships further confirmed and later revealed that Carnival did not comply with applicable health and safety standards, policies or procedures and that COVID-19, in fact, posed a material risk to Carnival's passengers, crew, and business (*see id* ¶¶211; 219; 224; 241; and 253).

Moreover, unlike the allegations in NCL, Plaintiffs' allegations of scienter are direct. While the plaintiffs in NCL "vaguely allege[d]" that the alleged false and misleading statements were made "[u]nder the direction" of the defendant company, Plaintiffs allege that Defendant Donald personally learned of non-public facts concerning the risks posed by COVID-19 and also took control of the Company's response to COVID-19—allegations that are supported by both media reports and email communications among Carnival employees.  *See id.* ¶¶104; 197-98; and 202.  As such, the bases for the holding in NCL are factually distinct from the allegations in this action and do not support the relief Defendants seek.

Dated: April 14, 2021                          Respectfully submitted,

                                               /*Zachary S. Bower*/
                                               Zachary S. Bower
                                               Florida Bar No. 17506
                                               **CARELLA, BYRNE, CECCHI, OLSTEIN,
                                                 BRODY & AGNELLO, P.C.**
                                               Security Building
                                               117 NE 1st Avenue
                                               Miami, Florida 33132-2125
                                               zbower@carellabyrne.com
                                               Tel.: (973) 994-1700
                                               Fax: (973) 994-1744

                                               *Liaison Counsel for Lead Plaintiffs and*
                                               *Liaison Counsel for the Class*

                                               **BERNSTEIN LITOWITZ BERGER
                                                 & GROSSMANN LLP**
                                               James A. Harrod (*pro hac vice*)
                                               Kate W. Aufses (*pro hac vice*)
                                               Benjamin W. Horowitz (*pro hac vice*)
                                               1251 Avenue of the Americas
                                               New York, New York 10020
                                               Tel.: (212) 554-1400
                                               Fax: (212) 554-1444
                                               jim.harrod@blbglaw.com
                                               kate.aufses@blbglaw.com
                                               will.horowitz@blbglaw.com

                                               *Counsel for Lead Plaintiffs and*
                                               *Lead Counsel for the Class*

**KESSLER TOPAZ MELTZER**
  **& CHECK LLP**
Jennifer L. Joost (*pro hac vice*)
One Sansome Street, Suite 1850
San Francisco, California 94104
Tel.: (415) 400-3000
Fax: (415) 400-3001
jjoost@ktmc.com

Jamie M. McCall (*pro hac vice*)
Richard A. Russo, Jr. (*pro hac vice*)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
jmccall@ktmc.com
rrusso@ktmc.com

*Counsel for Lead Plaintiffs and Named Plaintiff
and Lead Counsel for the Class*

**BERNSTEIN LIEBHARD LLP**
Laurence Hasson
10 East 40th Street
New York, New York 10016
Tel.: (212) 779-1414
Fax: (212) 779-3218
lhasson@bernlieb.com

*Additional Counsel for the Class*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel/parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/Zachary S. Bower/*
**ZACHARY S. BOWER**

1